# Exhibit A

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3986731 | Sky | Bruch | Clallam | WA | XXX-XXX-1795 | 2016-03-02 | 2017-09-05 | 2007-11-09 | 72 | 144 | $216,000 | 72 | 144 | $216,000 | $432,000 |
| 7382815 | Sandi | Johnson | Clallam | WA | XXX-XXX-6139 | 2017-01-09 | - | 2007-08-11 | 160 | 320 | $480,000 | 160 | 320 | $480,000 | $960,000 |
| 12150757 | Eric | Emery | Clallam | WA | XXX-XXX-8722 | 2019-02-09 | - | - | 51 | 102 | $153,000 | 0 | 0 | $0 | $153,000 |
| 6358587 | Nick | Stanley | Clallam | WA | XXX-XXX-8490 | 2016-09-14 | 2017-09-09 | - | 52 | 104 | $156,000 | 0 | 0 | $0 | $156,000 |
| 7135285 | Jose | Cardona | Clark | WA | XXX-XXX-5696 | 2016-12-07 | 2018-04-12 | - | 71 | 142 | $213,000 | 0 | 0 | $0 | $213,000 |
| 4599380 | Andre | Ciais | Clark | WA | XXX-XXX-0349 | 2016-05-05 | - | 2009-01-28 | 196 | 392 | $588,000 | 196 | 392 | $588,000 | $1,176,000 |
| 588732 | Matthew | Erickson | Clark | WA | XXX-XXX-5453 | 2014-09-29 | 2017-07-23 | - | 66 | 132 | $198,000 | 0 | 0 | $0 | $198,000 |
| 9131555 | Heath | Getchell | Clark | WA | XXX-XXX-5602 | 2017-03-04 | 2017-09-08 | 2018-11-03 | 27 | 54 | $81,000 | 0 | 0 | $0 | $81,000 |
| 6501389 | Daniel | Johnson | Clark | WA | XXX-XXX-1529 | 2016-09-23 | - | - | 175 | 350 | $525,000 | 0 | 0 | $0 | $525,000 |
| 11094089 | Dennis | Kisilev | Clark | WA | XXX-XXX-8066 | 2017-10-15 | - | 2018-12-14 | 120 | 240 | $360,000 | 59 | 118 | $177,000 | $537,000 |
| 1950260 | V. | Nenchev | Clark | WA | XXX-XXX-3028 | 2015-05-27 | 2017-09-01 | 2003-09-17 | 71 | 142 | $213,000 | 71 | 142 | $213,000 | $426,000 |
| 5691367 | David | Parnham | Clark | WA | XXX-XXX-5805 | 2016-07-05 | - | - | 187 | 374 | $561,000 | 0 | 0 | $0 | $561,000 |
| 7109836 | Richard | Rands | Clark | WA | XXX-XXX-6700 | 2016-12-04 | - | 2008-09-13 | 165 | 330 | $495,000 | 165 | 330 | $495,000 | $990,000 |
| 12716424 | Desjawn | Waldrop | Clark | WA | XXX-XXX-6062 | 2019-06-18 | 2019-06-30 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 7157624 | Michael | Shanaberger | Clark | WA | XXX-XXX-6382 | 2016-12-10 | 2017-10-03 | - | 43 | 86 | $129,000 | 0 | 0 | $0 | $129,000 |
| 4000238 | Mike | Allred | Cowlitz | WA | XXX-XXX-4858 | 2016-03-04 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 12347224 | Stacy | Estes | Cowlitz | WA | XXX-XXX-2925 | 2019-03-13 | - | - | 47 | 94 | $141,000 | 0 | 0 | $0 | $141,000 |
| 10828117 | Donavon | Lyness | Clark | WA | XXX-XXX-2387 | 2017-08-03 | 2018-02-22 | - | 29 | 58 | $87,000 | 0 | 0 | $0 | $87,000 |
| 8774040 | Chris | Mcgonagle | Grays Harbor | WA | XXX-XXX-0058 | 2017-02-24 | - | - | 153 | 306 | $459,000 | 0 | 0 | $0 | $459,000 |
| 7868720 | Nathan | Collord | Greys Harbor | WA | XXX-XXX-9554 | 2017-01-30 | 2017-10-02 | - | 35 | 70 | $105,000 | 0 | 0 | $0 | $105,000 |
| 11011153 | Jeremy | Fogle | Island | WA | XXX-XXX-4225 | 2017-09-18 | - | - | 124 | 248 | $372,000 | 0 | 0 | $0 | $372,000 |
| 10595596 | Chuck | Anderson | Jefferson | WA | XXX-XXX-2818 | 2017-06-29 | 2017-06-29 | 2011-02-05 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 10646131 | Lance | Annexstad | Jefferson | WA | XXX-XXX-3263 | 2017-07-06 | - | - | 135 | 270 | $405,000 | 0 | 0 | $0 | $405,000 |
| 8047890 | Cory | Giffey | King | WA | XXX-XXX-9400 | 2017-02-04 | 2017-08-04 | - | 26 | 52 | $78,000 | 0 | 0 | $0 | $78,000 |
| 12387980 | Kelli | Reece | King | WA | XXX-XXX-6465 | 2019-03-20 | 2019-03-22 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 2460069 | R. | Wickrama | King | WA | XXX-XXX-6145 | 2015-07-23 | 2017-07-12 | 2003-06-29 | 64 | 128 | $192,000 | 64 | 128 | $192,000 | $384,000 |
| 11836960 | Sandra | Aguilar | King | WA | XXX-XXX-6052 | 2018-10-17 | - | - | 68 | 136 | $204,000 | 0 | 0 | $0 | $204,000 |
| 11486899 | Alexandros | Arvanetes | King | WA | XXX-XXX-9476 | 2018-04-12 | 2018-05-20 | - | 6 | 12 | $18,000 | 0 | 0 | $0 | $18,000 |
| 11561145 | David | Baker | Clark | WA | XXX-XXX-1367 | 2018-05-11 | 2019-02-12 | - | 40 | 80 | $120,000 | 0 | 0 | $0 | $120,000 |
| 11201290 | Alfred | Becker | King | WA | XXX-XXX-0540 | 2017-12-19 | 2018-09-12 | - | 39 | 78 | $117,000 | 0 | 0 | $0 | $117,000 |
| 3386193 | Alyssa | Bentley | King | WA | XXX-XXX-9092 | 2015-11-23 | 2017-08-11 | - | 68 | 136 | $204,000 | 0 | 0 | $0 | $204,000 |
| 11926636 | Alex | Boychenko | King | WA | XXX-XXX-0367 | 2018-12-12 | - | - | 60 | 120 | $180,000 | 0 | 0 | $0 | $180,000 |
| 7358542 | Cornell | Burt | King | WA | XXX-XXX-6856 | 2017-01-05 | - | 2009-06-13 | 161 | 322 | $483,000 | 161 | 322 | $483,000 | $966,000 |
| 12679394 | Wade | Carlson | King | WA | XXX-XXX-7349 | 2019-06-07 | 2019-06-09 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 12041509 | Roman | Chernichenko | King | WA | XXX-XXX-0024 | 2019-01-05 | 2019-01-19 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 3365747 | Willie | Conklin | King | WA | XXX-XXX-9548 | 2015-11-20 | 2017-08-14 | - | 69 | 138 | $207,000 | 0 | 0 | $0 | $207,000 |
| 7249025 | Bob | Dawson | King | WA | XXX-XXX-8008 | 2016-12-19 | 2019-05-12 | - | 125 | 1131 | $1,696,500 | 0 | 0 | $0 | $1,696,500 |
| 6091308 | Lonnie | Dillman | King | WA | XXX-XXX-2256 | 2016-08-10 | - | - | 182 | 364 | $546,000 | 0 | 0 | $0 | $546,000 |
| 8164624 | Reed | Dkaidek | King | WA | XXX-XXX-3011 | 2017-02-07 | - | 2005-08-18 | 156 | 312 | $468,000 | 156 | 312 | $468,000 | $936,000 |
| 11865920 | Frederick | Eubanks | King | WA | XXX-XXX-8478 | 2018-11-05 | 2018-12-30 | - | 8 | 16 | $24,000 | 0 | 0 | $0 | $24,000 |
| 9906395 | Troy | Farley | King | WA | XXX-XXX-7785 | 2017-04-11 | - | - | 147 | 294 | $441,000 | 0 | 0 | $0 | $441,000 |
| 8732320 | Pedro | Gomez | King | WA | XXX-XXX-8364 | 2017-02-22 | 2018-01-31 | - | 49 | 98 | $147,000 | 0 | 0 | $0 | $147,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10671252 | Wes | Goumaz | King | WA | XXX-XXX-2214 | 2017-07-09 | - | - | 134 | 268 | $402,000 | 0 | 0 | $0 | $402,000 |
| 2096050 | Jo | Groue | King | WA | XXX-XXX-4877 | 2015-06-07 | 2017-08-05 | - | 68 | 136 | $204,000 | 0 | 0 | $0 | $204,000 |
| 10572991 | Michael | Hargett | King | WA | XXX-XXX-0817 | 2017-06-27 | 2019-05-25 | - | 100 | 200 | $300,000 | 0 | 0 | $0 | $300,000 |
| 11475752 | Ivan | Hartavel | Clark | WA | XXX-XXX-7510 | 2018-04-09 | 2018-07-18 | - | 15 | 30 | $45,000 | 0 | 0 | $0 | $45,000 |
| 11680972 | Dario | Hernandez | King | WA | XXX-XXX-9170 | 2018-06-22 | - | - | 84 | 168 | $252,000 | 0 | 0 | $0 | $252,000 |
| 11973834 | Jamie | Hope | King | WA | XXX-XXX-0246 | 2018-12-23 | - | - | 58 | 116 | $174,000 | 0 | 0 | $0 | $174,000 |
| 537712 | Socrates | Incarnato | King | WA | XXX-XXX-8478 | 2014-08-31 | 2018-05-06 | - | 107 | 214 | $321,000 | 0 | 0 | $0 | $321,000 |
| 8480907 | Joyce | Joneschiet | King | WA | XXX-XXX-3592 | 2017-02-16 | 2017-07-27 | 2005-07-07 | 23 | 46 | $69,000 | 23 | 46 | $69,000 | $138,000 |
| 12149292 | Russell | Jorgenson | King | WA | XXX-XXX-1247 | 2019-02-08 | 2019-02-11 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 10979134 | Melissa | Kuchman | King | WA | XXX-XXX-2355 | 2017-09-09 | 2017-09-16 | 2005-09-04 | 1 | 2 | $3,000 | 1 | 2 | $3,000 | $6,000 |
| 11840108 | Jeffrey | Lambert | King | WA | XXX-XXX-4137 | 2018-10-19 | 2018-10-22 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 11213134 | Luu | Le | King | WA | XXX-XXX-4559 | 2017-12-21 | 2018-02-01 | - | 6 | 12 | $18,000 | 0 | 0 | $0 | $18,000 |
| 7951894 | Andre | Lee | King | WA | XXX-XXX-2325 | 2017-02-01 | 2017-07-27 | 2005-05-09 | 26 | 52 | $78,000 | 26 | 52 | $78,000 | $156,000 |
| 11509523 | Rafael | Maga | King | WA | XXX-XXX-1208 | 2018-04-19 | 2018-08-19 | - | 18 | 36 | $54,000 | 0 | 0 | $0 | $54,000 |
| 11917482 | Chanse | Mariotti | King | WA | XXX-XXX-3033 | 2018-12-09 | - | - | 60 | 120 | $180,000 | 0 | 0 | $0 | $180,000 |
| 6105120 | Amir | Mathiasen | King | WA | XXX-XXX-2546 | 2016-08-11 | 2017-09-01 | 2019-01-30 | 56 | 112 | $168,000 | 0 | 0 | $0 | $168,000 |
| 2463908 | Rebecca | Murphy | King | WA | XXX-XXX-1068 | 2015-07-24 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 730208 | Gale | Pelan | King | WA | XXX-XXX-4356 | 2014-11-09 | 2017-07-25 | 2008-08-07 | 66 | 132 | $198,000 | 66 | 132 | $198,000 | $396,000 |
| 12750789 | Lance | Phelps | King | WA | XXX-XXX-5984 | 2019-06-30 | - | - | 31 | 62 | $93,000 | 0 | 0 | $0 | $93,000 |
| 12503705 | Jim | Pitzer | King | WA | XXX-XXX-9159 | 2019-04-20 | 2019-06-06 | - | 7 | 14 | $21,000 | 0 | 0 | $0 | $21,000 |
| 803790 | Andrei | Serebryakov | King | WA | XXX-XXX-5306 | 2014-11-16 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 1609461 | John | Sterling | King | WA | XXX-XXX-7247 | 2015-04-27 | - | 2009-03-05 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 10943081 | Robb | Strommen | King | WA | XXX-XXX-9009 | 2017-08-30 | 2017-10-04 | - | 5 | 10 | $15,000 | 0 | 0 | $0 | $15,000 |
| 6602383 | Shelley | Sykes | King | WA | XXX-XXX-3068 | 2016-10-01 | 2017-07-18 | 2003-08-22 | 42 | 84 | $126,000 | 42 | 84 | $126,000 | $252,000 |
| 10606508 | Ihor | Sysun | King | WA | XXX-XXX-8122 | 2017-06-30 | 2017-07-01 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 3649985 | Grant | Taylor | King | WA | XXX-XXX-5222 | 2016-01-18 | 2017-08-22 | 2010-03-23 | 70 | 140 | $210,000 | 70 | 140 | $210,000 | $420,000 |
| 11410074 | Joann | Trussell | King | WA | XXX-XXX-6766 | 2018-03-13 | 2019-03-18 | - | 53 | 106 | $159,000 | 0 | 0 | $0 | $159,000 |
| 9658538 | Tauna | Westwood | King | WA | XXX-XXX-5708 | 2017-03-17 | 2017-12-27 | - | 41 | 82 | $123,000 | 0 | 0 | $0 | $123,000 |
| 3806023 | John | Wright | King | WA | XXX-XXX-5443 | 2016-02-06 | - | 2007-08-17 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 11299692 | Waylon | Zeigler | King | WA | XXX-XXX-4123 | 2018-01-28 | 2019-06-04 | - | 71 | 142 | $213,000 | 0 | 0 | $0 | $213,000 |
| 11384919 | Amado | Arellano | King | WA | XXX-XXX-1699 | 2018-03-05 | - | - | 100 | 200 | $300,000 | 0 | 0 | $0 | $300,000 |
| 11017616 | Tom | Gill | King | WA | XXX-XXX-7155 | 2017-09-20 | - | 2010-07-28 | 124 | 248 | $372,000 | 124 | 248 | $372,000 | $744,000 |
| 11540341 | Shawn | Nagano | King | WA | XXX-XXX-1199 | 2018-05-01 | 2018-06-26 | - | 8 | 16 | $24,000 | 0 | 0 | $0 | $24,000 |
| 11323681 | John | Suver | King | WA | XXX-XXX-1129 | 2018-02-09 | 2018-04-02 | - | 8 | 16 | $24,000 | 0 | 0 | $0 | $24,000 |
| 8446181 | Jack | Thompson | King | WA | XXX-XXX-8115 | 2017-02-15 | - | 2008-02-21 | 155 | 310 | $465,000 | 155 | 310 | $465,000 | $930,000 |
| 12571180 | Denaro | Fair | Kitsap | WA | XXX-XXX-6970 | 2019-05-17 | 2019-05-24 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 730211 | Morgan | Harris | Kitsap | WA | XXX-XXX-7508 | 2014-11-09 | 2017-07-20 | - | 65 | 130 | $195,000 | 0 | 0 | $0 | $195,000 |
| 7311242 | Daniel | Skinner | Kitsap | WA | XXX-XXX-8616 | 2016-12-29 | 2018-09-14 | 2019-02-26 | 90 | 180 | $270,000 | 0 | 0 | $0 | $270,000 |
| 10730562 | Joseph | Tyler | Lewis | WA | XXX-XXX-7610 | 2017-07-17 | 2018-03-03 | - | 33 | 66 | $99,000 | 0 | 0 | $0 | $99,000 |
| 5046610 | John | Gray | Mason | WA | XXX-XXX-6528 | 2016-05-25 | 2017-09-12 | 2005-06-11 | 68 | 136 | $204,000 | 68 | 136 | $204,000 | $408,000 |
| 7062743 | Robert | Williams | Mason | WA | XXX-XXX-4267 | 2016-11-29 | 2017-07-03 | 2018-12-01 | 31 | 62 | $93,000 | 0 | 0 | $0 | $93,000 |
| 7242504 | Michael | Fjeldheim | Pacific | WA | XXX-XXX-3171 | 2016-12-18 | 2018-07-19 | - | 83 | 166 | $249,000 | 0 | 0 | $0 | $249,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12197769 | Mike | Carpenter | Pierce | WA | XXX-XXX-6082 | 2019-02-23 | 2019-05-11 | - | 11 | 22 | $33,000 | 0 | 0 | $0 | $33,000 |
| 9871492 | Andrew | Croan | Pierce | WA | XXX-XXX-4142 | 2017-04-07 | 2017-08-16 | - | 19 | 38 | $57,000 | 0 | 0 | $0 | $57,000 |
| 2922245 | John | Daschofsky | Pierce | WA | XXX-XXX-5658 | 2015-09-26 | 2017-07-08 | 2018-07-07 | 64 | 128 | $192,000 | 0 | 0 | $0 | $192,000 |
| 11481149 | Leonel | Duarte | Pierce | WA | XXX-XXX-9155 | 2018-04-10 | - | - | 95 | 190 | $285,000 | 0 | 0 | $0 | $285,000 |
| 8535022 | Vern | Flanery | Pierce | WA | XXX-XXX-0105 | 2017-02-17 | - | 2007-08-03 | 154 | 308 | $462,000 | 154 | 308 | $462,000 | $924,000 |
| 2567654 | David | Fluckinger | Pierce | WA | XXX-XXX-4743 | 2015-08-04 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 7946947 | Roger | Gauthier | Pierce | WA | XXX-XXX-1202 | 2017-02-01 | 2017-07-28 | - | 26 | 52 | $78,000 | 0 | 0 | $0 | $78,000 |
| 12589332 | Juan | Gutierrez | Pierce | WA | XXX-XXX-5100 | 2019-05-24 | - | - | 36 | 72 | $108,000 | 0 | 0 | $0 | $108,000 |
| 5483337 | Andrea | Harris | Pierce | WA | XXX-XXX-4204 | 2016-06-17 | - | - | 189 | 378 | $567,000 | 0 | 0 | $0 | $567,000 |
| 2933898 | Robert | Jones | Pierce | WA | XXX-XXX-1740 | 2015-09-28 | 2017-08-09 | 2004-12-16 | 68 | 136 | $204,000 | 68 | 136 | $204,000 | $408,000 |
| 11269383 | Michael | Knauff | Pierce | WA | XXX-XXX-9143 | 2018-01-11 | 2018-05-23 | - | 19 | 38 | $57,000 | 0 | 0 | $0 | $57,000 |
| 9726156 | Brandon | Koch | Pierce | WA | XXX-XXX-9080 | 2017-03-23 | - | - | 150 | 300 | $450,000 | 0 | 0 | $0 | $450,000 |
| 9796143 | James | Logan | Pierce | WA | XXX-XXX-9810 | 2017-03-29 | - | 2005-09-24 | 149 | 298 | $447,000 | 149 | 298 | $447,000 | $894,000 |
| 1305418 | Matt | Moyer | Pierce | WA | XXX-XXX-5574 | 2015-03-23 | - | - | 197 | 394 | $591,000 | 0 | 0 | $0 | $591,000 |
| 7804362 | D S | Purdum | Pierce | WA | XXX-XXX-9903 | 2017-01-28 | - | 2007-05-12 | 157 | 314 | $471,000 | 157 | 314 | $471,000 | $942,000 |
| 10560532 | Art | Rudyy | Pierce | WA | XXX-XXX-2001 | 2017-06-26 | 2017-06-26 | 2010-09-23 | 1 | 40 | $60,000 | 1 | 40 | $60,000 | $120,000 |
| 1148401 | Billy | Smith | Pierce | WA | XXX-XXX-9878 | 2015-02-26 | 2017-09-07 | 2005-08-23 | 72 | 144 | $216,000 | 72 | 144 | $216,000 | $432,000 |
| 6454330 | Curtis | Sveen | Pierce | WA | XXX-XXX-9324 | 2016-09-20 | - | 2017-11-10 | 176 | 352 | $528,000 | 116 | 232 | $348,000 | $876,000 |
| 5282429 | Ronald | Garzina | Skagit | WA | XXX-XXX-6309 | 2016-06-04 | - | - | 191 | 382 | $573,000 | 0 | 0 | $0 | $573,000 |
| 6419253 | Jason | Rapp | Skagit | WA | XXX-XXX-5671 | 2016-09-18 | 2017-08-17 | 2012-02-16 | 48 | 96 | $144,000 | 48 | 96 | $144,000 | $288,000 |
| 12138611 | Cesar | Rodriguez | Skagit | WA | XXX-XXX-8977 | 2019-02-04 | - | - | 52 | 104 | $156,000 | 0 | 0 | $0 | $156,000 |
| 11164501 | Chris | Taylor | Skagit | WA | XXX-XXX-6712 | 2017-12-06 | 2018-07-02 | - | 30 | 60 | $90,000 | 0 | 0 | $0 | $90,000 |
| 11064809 | Shelby | Axtell | Snohomish | WA | XXX-XXX-0848 | 2017-10-03 | - | - | 122 | 244 | $366,000 | 0 | 0 | $0 | $366,000 |
| 11844379 | Marissa | Bond | Snohomish | WA | XXX-XXX-4515 | 2018-10-22 | 2019-02-17 | - | 17 | 34 | $51,000 | 0 | 0 | $0 | $51,000 |
| 11355874 | Anthony | Carty | Snohomish | WA | XXX-XXX-6946 | 2018-02-21 | - | - | 102 | 204 | $306,000 | 0 | 0 | $0 | $306,000 |
| 10982614 | Darrick | Caudill | Snohomish | WA | XXX-XXX-0379 | 2017-09-11 | - | - | 125 | 250 | $375,000 | 0 | 0 | $0 | $375,000 |
| 12326125 | Raymond | Covington | Snohomish | WA | XXX-XXX-3719 | 2019-03-09 | 2019-03-17 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 12457432 | Kirk | Cramer | Snohomish | WA | XXX-XXX-5688 | 2019-04-08 | - | - | 43 | 86 | $129,000 | 0 | 0 | $0 | $129,000 |
| 11603051 | Cy | Gau | Snohomish | WA | XXX-XXX-8592 | 2018-05-30 | 2018-06-10 | - | 2 | 4 | $6,000 | 0 | 0 | $0 | $6,000 |
| 11714929 | Michael | Hoyden | Snohomish | WA | XXX-XXX-8263 | 2018-07-13 | 2018-09-28 | - | 11 | 22 | $33,000 | 0 | 0 | $0 | $33,000 |
| 11572619 | Chris | Ivins | Snohomish | WA | XXX-XXX-2765 | 2018-05-16 | - | - | 90 | 180 | $270,000 | 0 | 0 | $0 | $270,000 |
| 10980906 | Michele | Kelly | Snohomish | WA | XXX-XXX-2857 | 2017-09-10 | 2017-09-20 | 2015-11-06 | 2 | 4 | $6,000 | 2 | 4 | $6,000 | $12,000 |
| 5627336 | William | Kennedy | Snohomish | WA | XXX-XXX-0359 | 2016-06-29 | - | 2004-12-08 | 188 | 376 | $564,000 | 188 | 376 | $564,000 | $1,128,000 |
| 8318515 | Eli | Larreau | Skagit | WA | XXX-XXX-4877 | 2017-02-11 | - | - | 155 | 310 | $465,000 | 0 | 0 | $0 | $465,000 |
| 10864664 | Douglas | Love | Snohomish | WA | XXX-XXX-0903 | 2017-08-11 | - | - | 129 | 258 | $387,000 | 0 | 0 | $0 | $387,000 |
| 12756466 | Vlad | Lysov | Snohomish | WA | XXX-XXX-7202 | 2019-07-04 | - | 2019-11-13 | 31 | 62 | $93,000 | 12 | 24 | $36,000 | $129,000 |
| 405325 | Matt | Mcauslan | Snohomish | WA | XXX-XXX-1293 | 2014-07-04 | 2018-06-26 | - | 114 | 228 | $342,000 | 0 | 0 | $0 | $342,000 |
| 11970147 | Scott | Meola | King | WA | XXX-XXX-1505 | 2018-12-22 | 2019-02-07 | - | 7 | 14 | $21,000 | 0 | 0 | $0 | $21,000 |
| 11684247 | Christopher | O'Leary | Snohomish | WA | XXX-XXX-1768 | 2018-06-23 | 2018-06-29 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 6277651 | Scott | Schweikl | Snohomish | WA | XXX-XXX-5673 | 2016-09-03 | 2018-02-16 | - | 76 | 152 | $228,000 | 0 | 0 | $0 | $228,000 |
| 12606922 | Marcel | Seyss | Snohomish | WA | XXX-XXX-8869 | 2019-05-26 | - | - | 36 | 72 | $108,000 | 0 | 0 | $0 | $108,000 |
| 2003664 | Lonnie | Stockton | Snohomish | WA | XXX-XXX-2014 | 2015-05-31 | 2018-10-06 | - | 129 | 258 | $387,000 | 0 | 0 | $0 | $387,000 |

Exhibit A - List of Plaintiffs and Computation of Damages

| ProviderID | First Name | Last Name | County | State | PhoneNumber | Messages Started | Unsubscribed On | Do Not Call Registration | ATDS Weeks | ATDS Messages | ATDS Claims | DNCR Weeks | DNCR Messages | DNCR Claims | Total Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11363872 | Leland | Washington | Snohomish | WA | XXX-XXX-2314 | 2018-02-25 | 2018-03-23 | - | 4 | 8 | $12,000 | 0 | 0 | $0 | $12,000 |
| 8126737 | Benjamin | White | Snohomish | WA | XXX-XXX-4314 | 2017-02-06 | 2017-07-20 | - | 24 | 48 | $72,000 | 0 | 0 | $0 | $72,000 |
| 10759243 | Steve | Young | Snohomish | WA | XXX-XXX-1966 | 2017-07-21 | - | 2006-01-14 | 132 | 264 | $396,000 | 132 | 264 | $396,000 | $792,000 |
| 11871139 | Huao |  | Snohomish | WA | XXX-XXX-0500 | 2018-11-09 | 2018-11-13 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 11876769 | Cesar | Cifuentes | Thurston | WA | XXX-XXX-9420 | 2018-11-14 | - | - | 64 | 128 | $192,000 | 0 | 0 | $0 | $192,000 |
| 10985903 | Brian | Gobat | Thurston | WA | XXX-XXX-9261 | 2017-09-12 | 2017-09-14 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 10614743 | Nick | Means | Thurston | WA | XXX-XXX-8187 | 2017-07-01 | 2018-11-22 | 2019-02-22 | 73 | 146 | $219,000 | 0 | 0 | $0 | $219,000 |
| 12074018 | Matthew | Miller | Thurston | WA | XXX-XXX-2046 | 2019-01-14 | - | - | 55 | 110 | $165,000 | 0 | 0 | $0 | $165,000 |
| 1154628 | Dean | Nguyen | Thurston | WA | XXX-XXX-8601 | 2015-02-26 | - | 2005-07-28 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 1565694 | Richard | Shay | Thurston | WA | XXX-XXX-4282 | 2015-04-22 | - | 2011-04-01 | 197 | 394 | $591,000 | 197 | 394 | $591,000 | $1,182,000 |
| 10680070 | Brian | Sullivan | Thurston | WA | XXX-XXX-3053 | 2017-07-10 | - | 2009-10-03 | 134 | 268 | $402,000 | 134 | 268 | $402,000 | $804,000 |
| 2138409 | Ryan | Hansen | Whatcom | WA | XXX-XXX-3494 | 2015-06-11 | 2018-05-04 | - | 106 | 212 | $318,000 | 0 | 0 | $0 | $318,000 |
| 7281214 | Adrian | Hilde | Whatcom | WA | XXX-XXX-7907 | 2016-12-23 | 2017-07-25 | 2006-05-09 | 31 | 62 | $93,000 | 31 | 62 | $93,000 | $186,000 |
| 11373901 | Kristina | Johnson | Whatcom | WA | XXX-XXX-5674 | 2018-03-01 | - | - | 101 | 202 | $303,000 | 0 | 0 | $0 | $303,000 |
| 11731178 | Jacob | Kerlin | Whatcom | WA | XXX-XXX-6157 | 2018-07-24 | 2018-08-18 | 2020-03-07 | 4 | 8 | $12,000 | 0 | 0 | $0 | $12,000 |
| 12145300 | Brady | Mayson | Whatcom | WA | XXX-XXX-2200 | 2019-02-06 | - | - | 52 | 104 | $156,000 | 0 | 0 | $0 | $156,000 |
| 11665371 | Brian | Sangster | Asotin | WA | XXX-XXX-7683 | 2018-06-19 | - | - | 85 | 170 | $255,000 | 0 | 0 | $0 | $255,000 |
| 104514 | John | Wilton | Sacramento | CA | XXX-XXX-1511 | 2013-08-15 | 2019-04-29 | 2017-09-29 | 158 | 316 | $474,000 | 83 | 166 | $249,000 | $723,000 |
| 10191524 | Andres | Contreras | Pima | KS | XXX-XXX-0300 | 2017-05-15 | - | - | 142 | 284 | $426,000 | 0 | 0 | $0 | $426,000 |
| 10507157 | Chris | Beschen | Bexar | TX | XXX-XXX-0719 | 2017-06-23 | 2017-06-23 | - | 1 | 2 | $3,000 | 0 | 0 | $0 | $3,000 |
| 10031446 | Joseph | Jones | Oakland | MI | XXX-XXX-2445 | 2017-04-25 | 2018-09-15 | - | 73 | 146 | $219,000 | 0 | 0 | $0 | $219,000 |
| TOTALS |  |  |  |  |  |  |  |  | 23,455 | $35,182,500 |  | 7,668 | $11,502,000 | $46,684,500 |  |

| Legend | |
|---|---|
| First Name | Plaintiff's first name |
| Last Name | Plaintiff's last name |
| County | Plaintiff's county |
| State | Plaintiff's state |
| PhoneNumber | Plaintiff's phone number |
| Messages Started | The approximate date Plaintiff started receiving text messages from GoSmith. If the Message Started date was before Apr 22, 2016, then Apr 22, 2016 is used as the Messages Started Date. |
| Unsubscribed On | The approximate date Plaintiff told GoSmith to stop messaging |
| Do Not Call Registration | The date Plaintiff's phone number was registered on the National Do Not Call Registry |
| ATDS Weeks | The number of weeks Plaintiff has received ATDS messages from Plaintiff. Calculates time between "Messages Started" to "Unsubscribed On"  (If "Unsubscribed On" is blank, then 1/31/2020 is used) |
| ATDS Messages | The number of ATDS weeks * 2. The exact number of messages varies by Plaintiff. The average Plaintiff has received approximately 2 messages per week. |
| ATDS Claims | The number of ATDS messages * $1,500 |
| DNCR Weeks | The number of weeks Plaintiff received messages while on the Do Not Call Registry. Calculates time between "Messages Started" to "Unsubscribed On." (If "Unsubscribed On" is blank, then 1/31/2020 is used) |
| DNCR Messages | The number of DNCR weeks * 2. The exact number of messages varies by Plaintiff. The average Plaintiff has received approximately 2 messages per week. |
| DNCR Claims | The number of DNCR messages * $1,500 |
| Total Claims | The ATDS Claims + the DNCR Claims |