# EXHIBIT A

## List of Plaintiffs

| | Name | County | State | Phone Number |
|---|------|--------|-------|--------------|
| 1 | Bob Dawson | King | WA | ###-###-8008 |
| 2 | David Abel | Lane | OR | ###-###-1948 |
| 3 | Brian Abel | Davis | UT | ###-###-8823 |
| 4 | Haytham Abukhalil | Clark | WA | ###-###-4048 |
| 5 | Omhar Acuna | Pima | AZ | ###-###-2326 |
| 6 | Gabriel Adame | Clark | NV | ###-###-5728 |
| 7 | Terry Adams | Kenai Peninsula | AK | ###-###-1844 |
| 8 | Steven Adickes | Maricopa | AZ | ###-###-5872 |
| 9 | Sandra Aguilar | King | WA | ###-###-6052 |
| 10 | Oscar Alfaro | Washington | OR | ###-###-8465 |
| 11 | Bashkim Alka | New Haven | CT | ###-###-4166 |
| 12 | Jeffrey Allen | Anchorage | AK | ###-###-6224 |
| 13 | Chelena Allen | Shelby | TN | ###-###-9608 |
| 14 | Cyril Allen | Washington | OR | ###-###-2364 |
| 15 | Robert Allen | Salt Lake | UT | ###-###-4015 |
| 16 | Mike Allred | Cowlitz | WA | ###-###-4858 |
| 17 | John Almendarez | Los Angeles | CA | ###-###-1850 |
| 18 | Gloria H. Alvarez Salazar | Los Angeles | CA | ###-###-0843 |
| 19 | Dave Anderson | King | WA | ###-###-4710 |
| 20 | Charlie Anderson | Woodsboro | TX | ###-###-0683 |
| 21 | Jason Anderson | Bonneville | ID | ###-###-8479 |
| 22 | Scott Anderson | New Haven | CT | ###-###-9731 |
| 23 | Mark Anderson | Clackamas | OR | ###-###-4700 |
| 24 | Tommy Anderson | Clackamas | OR | ###-###-9911 |
| 25 | Leo Anderson | Utah | UT | ###-###-7162 |
| 26 | Chuck Anderson | Jefferson | WA | ###-###-2818 |
| 27 | Nathanael Andreozzi | New Haven | CT | ###-###-6898 |
| 28 | Eric Andrews | Orange | FL | ###-###-2345 |
| 29 | Ed Andrilenas | Washington | OR | ###-###-7104 |
| 30 | Lance Annexstad | Jefferson | WA | ###-###-3263 |
| 31 | Steve Antill | Clark | NV | ###-###-2239 |
| 32 | Samuel Antonovich | Clackamas | OR | ###-###-2081 |
| 33 | Steve Apodaca | Potter | TX | ###-###-4125 |
| 34 | Lloyd Arellano | San Diego | CA | ###-###-6097 |
| 35 | Amado Arellano | King | WA | ###-###-1699 |
| 36 | Nick Arfaras | Fairfield | CT | ###-###-5700 |
| 37 | Andrew Armendariz | Utah | UT | ###-###-7357 |
| 38 | William Arnold | Maricopa | AZ | ###-###-1244 |
| 39 | Alexandros Arvanetes | King | WA | ###-###-9476 |
| 40 | Paul Atwater | New Haven | CT | ###-###-1357 |
| 41 | Shelby Axtell | Snohomish | WA | ###-###-0848 |
| 42 | Robert Babcock | Salt Lake | UT | ###-###-8987 |
| 43 | Jon Bahnemann | Washington | MN | ###-###-8343 |
| 44 | Mike Bahr | Clackamas | OR | ###-###-7363 |

| 45 | Carlton Baker | Bexar | TX | ###-###-4339 |
|----|---------------|-------|-----|--------------|
| 46 | David Baker | King | WA | ###-###-1367 |
| 47 | Steven Bakko | Salt Lake | UT | ###-###-1032 |
| 48 | John Ballard | Deschutes | OR | ###-###-8442 |
| 49 | Gary Ballingham | Washington | UT | ###-###-1426 |
| 50 | Pamela Bang | Maricopa | AZ | ###-###-0149 |
| 51 | Gabriel Barboza | Union | NJ | ###-###-6147 |
| 52 | Mary Barker | Multnomah | OR | ###-###-5673 |
| 53 | Russ Barnes | Maricopa | AZ | ###-###-8122 |
| 54 | Barbette Barnes | Monmouth | NJ | ###-###-1357 |
| 55 | Richard Bartlett | Washoe | NV | ###-###-4816 |
| 56 | Jim Bartlett | Multnomah | OR | ###-###-5407 |
| 57 | Jeffrey Basa | Saunders | NE | ###-###-0130 |
| 58 | Danny Bashaw | Maricopa | AZ | ###-###-0650 |
| 59 | Andre Baskett | San Bernardino | CA | ###-###-1927 |
| 60 | Christopher Bass | Multnomah | OR | ###-###-6693 |
| 61 | Joseph Bauschelt | Maricopa | AZ | ###-###-1253 |
| 62 | Cesar Bautista | Anchorage | AK | ###-###-0705 |
| 63 | Richard Bayhan | Spokane | WA | ###-###-1683 |
| 64 | Maurice Beale | San Bernardino | CA | ###-###-0639 |
| 65 | Travis Beard | Salt Lake | UT | ###-###-1803 |
| 66 | Gregory Beaty | Dallas | TX | ###-###-1117 |
| 67 | Alfred Becker | King | WA | ###-###-0540 |
| 68 | Matthew Beckman | Lane | OR | ###-###-0390 |
| 69 | Kevin Beirne | New Haven | CT | ###-###-5143 |
| 70 | Paul Bennett | Clackamas | OR | ###-###-5525 |
| 71 | Alyssa Bentley | King | WA | ###-###-9092 |
| 72 | Robert Bergkessel | Cuyahoga | OH | ###-###-0011 |
| 73 | Chris Beschen | Bexar | TX | ###-###-0719 |
| 74 | Luke Beyer | Park | MT | ###-###-5962 |
| 75 | Rick Bigham | Lane | OR | ###-###-2176 |
| 76 | Robert Billings | Fairfield | CT | ###-###-6452 |
| 77 | Eric Billman | Kenai Peninsula Borough | AK | ###-###-9708 |
| 78 | George Binion | Spokane | WA | ###-###-6532 |
| 79 | Jesse Bird | Stafford | VA | ###-###-7386 |
| 80 | Sam Bischof | Maricopa | AZ | ###-###-4764 |
| 81 | Narottam Bishop | Placer | CA | ###-###-1080 |
| 82 | Dean Blades | Clackamas | OR | ###-###-8358 |
| 83 | Ronald Blakey | Bartow | GA | ###-###-4715 |
| 84 | Joseph Blay | Hampden | MA | ###-###-7446 |
| 85 | Ryan Blekkenk | Flathead | MT | ###-###-0124 |
| 86 | Seth Bockholt | Summit | UT | ###-###-9951 |
| 87 | Andrew Boelman | Davidson | TN | ###-###-8329 |
| 88 | Marissa Bond | Snohomish | WA | ###-###-4515 |

| 89 | Brian Bondi | Maricopa | AZ | ###-###-5253 |
| 90 | Brenda Booth | Mohave | AZ | ###-###-2027 |
| 91 | Russ Borne | Clark | NV | ###-###-6999 |
| 92 | Donovan Borntrager | Chippewa | WI | ###-###-3228 |
| 93 | Chris Bosman | Yavapai | AZ | ###-###-2036 |
| 94 | Christopher Bouthner | Maricopa | AZ | ###-###-5227 |
| 95 | Gary Bowlby | Kaufman | TX | ###-###-9060 |
| 96 | James Bowlin | Montgomery | TX | ###-###-5759 |
| 97 | Alex Boychenko | King | WA | ###-###-0367 |
| 98 | James Boyd | Multnomah | OR | ###-###-5743 |
| 99 | Heather Boyd | Washington | OR | ###-###-9156 |
| 100 | Ryan Boyer | Columbiana | OH | ###-###-1565 |
| 101 | Brett Boyer | Doddridge | WV | ###-###-9550 |
| 102 | Mark Bradley | Benton | WA | ###-###-9368 |
| 103 | Shawn Braley Sr. | Salt Lake | UT | ###-###-8278 |
| 104 | Nicole Briggs | Duval | FL | ###-###-2799 |
| 105 | Richard Brown | Weld | CO | ###-###-2328 |
| 106 | Robert Brown | Maricopa | AZ | ###-###-8405 |
| 107 | Mark Brown | Walla Walla | WA | ###-###-0432 |
| 108 | Zachary Brown | Ravalli | MT | ###-###-5519 |
| 109 | Tracy Browning | Clark | NV | ###-###-1271 |
| 110 | Dan Brubaker | Waller | TX | ###-###-4470 |
| 111 | Sky Bruch | Snohomish | WA | ###-###-1795 |
| 112 | William Bryant | Maricopa | AZ | ###-###-2867 |
| 113 | Eli Buchmiller | Jefferson | MT | ###-###-8355 |
| 114 | Jon Buck | Utah | UT | ###-###-2746 |
| 115 | Erik Buj | Dallas | TX | ###-###-4423 |
| 116 | Austin Bundy | Pierce | WA | ###-###-7855 |
| 117 | Justin Burgo | Hawaii | HI | ###-###-7582 |
| 118 | James Burk | Washington | UT | ###-###-2424 |
| 119 | Cornell Burt | King | WA | ###-###-6856 |
| 120 | Gerald Busby | Clark | NV | ###-###-6994 |
| 121 | Michael Byers | Silver Bow | MT | ###-###-6663 |
| 122 | William Cain | Lee | FL | ###-###-5566 |
| 123 | Jose Calderonmoller | Clark | NV | ###-###-3779 |
| 124 | Shane Call | Utah | UT | ###-###-4642 |
| 125 | Allen Campbell | Habersham | GA | ###-###-1699 |
| 126 | Michael Campbell | Douglas | OR | ###-###-5427 |
| 127 | Luis Campuzano | Pima | AZ | ###-###-1117 |
| 128 | Amiee Cannon | Hood River | OR | ###-###-4952 |
| 129 | Jose Cardona | Clark | WA | ###-###-5696 |
| 130 | Richard Keith (Keith) Carlson | Dallas | TX | ###-###-4916 |
| 131 | Wade Carlson | King | WA | ###-###-7349 |
| 132 | Mike Carpenter | Pierce | WA | ###-###-6082 |

| | | | | |
|---|---|---|---|---|
| 133 | Sam Carr | Multnomah | OR | ###-###-7552 |
| 134 | Saul Carrasco | Lincoln | OR | ###-###-0189 |
| 135 | Josh Carrion | Davis | UT | ###-###-8500 |
| 136 | Anthony Carty | Island | WA | ###-###-6946 |
| 137 | Alicia Castro | Anchorage | AK | ###-###-8766 |
| 138 | Darrick Caudill | Snohomish | WA | ###-###-0379 |
| 139 | Joel Cerv | Wilkes | NC | ###-###-1666 |
| 140 | Vanessa Cervantes | Yakima | WA | ###-###-5999 |
| 141 | Nikki (Nick) Chartier | Douglas | OR | ###-###-0127 |
| 142 | Roman Chernichenko | King | WA | ###-###-0024 |
| 143 | Ted Christiansen | Utah | UT | ###-###-1390 |
| 144 | Mark Christopherson | Dupage | IL | ###-###-7542 |
| 145 | Andre Ciais | Clark | WA | ###-###-0349 |
| 146 | Cesar Cifuentes | Thurston | WA | ###-###-9420 |
| 147 | Dino Clark | Coconino | AZ | ###-###-5544 |
| 148 | Pamela Clark | Salt Lake | UT | ###-###-8456 |
| 149 | Sean Clarke | Orange | CA | ###-###-0684 |
| 150 | Charles Clarke | Yellowstone | MT | ###-###-0261 |
| 151 | Russell Clegg | Salt Lake | UT | ###-###-5260 |
| 152 | Lloyd Clements | Mantanuska-Susitna | AK | ###-###-6021 |
| 153 | Patrick Coco | Pima | AZ | ###-###-1333 |
| 154 | Pietro Coco | Middlesex | MA | ###-###-2436 |
| 155 | Chris Cole | Wabash | IN | ###-###-4210 |
| 156 | Nils Coleman | Marinette | WI | ###-###-7474 |
| 157 | Don Coleman | Utah | UT | ###-###-0868 |
| 158 | Joseph Collins | Winnebago | IL | ###-###-6213 |
| 159 | Jeremy Collins | Hinds | MS | ###-###-0849 |
| 160 | Paul Collis | Josephine | OR | ###-###-6395 |
| 161 | Nathan Collord | Greys Harbor | WA | ###-###-9554 |
| 162 | Michael Compton | Contra Costa | CA | ###-###-7574 |
| 163 | Jessica Conde | Galveston | TX | ###-###-6726 |
| 164 | Willie Conklin | King | WA | ###-###-9548 |
| 165 | Andres Contreras | Sedgwick | KS | ###-###-0300 |
| 166 | Brent Cook | Salt Lake | UT | ###-###-0497 |
| 167 | Christina Cooke-Mayrant | Washington | DC | ###-###-2839 |
| 168 | Ron Cooper | Stevens | WA | ###-###-8678 |
| 169 | Donald Coover | Maricopa | AZ | ###-###-9792 |
| 170 | Hoshea Cordowin | Clark | NV | ###-###-7359 |
| 171 | William Corette, Jr. | Missoula | MT | ###-###-0043 |
| 172 | Regina Corley | Rogers | OK | ###-###-9253 |
| 173 | Cristian Corniciuc | Maricopa | AZ | ###-###-6744 |
| 174 | Jose Corral | Snohomish | WA | ###-###-5639 |
| 175 | Andrew Correa | Winnebago | IL | ###-###-8857 |
| 176 | Raymond Covington | Snohomish | WA | ###-###-3719 |

| 177 | Brian Cox | Tooele | UT | ###-###-6670 |
| 178 | Maurice Crabbe | Honolulu | HI | ###-###-9483 |
| 179 | Alan Craig | Maui | HI | ###-###-9709 |
| 180 | Jay Cram | Multnomah | OR | ###-###-2670 |
| 181 | Brian Cramer | Maricopa | AZ | ###-###-9368 |
| 182 | Kirk Cramer | Snohomish | WA | ###-###-5688 |
| 183 | Armando Crespin | Arapahoe | CO | ###-###-2147 |
| 184 | Jim Crites | Boyd | KY | ###-###-0427 |
| 185 | Andrew Croan | Pierce | WA | ###-###-4142 |
| 186 | Ronald Crosby | Mendocino | CA | ###-###-0254 |
| 187 | Samuel Cruz | Maricopa | AZ | ###-###-1380 |
| 188 | Tammy Cunningham | Washington | AR | ###-###-1868 |
| 189 | Joe Darg | Fairfield | CT | ###-###-4084 |
| 190 | Mike Darling | Lane | OR | ###-###-3758 |
| 191 | John Daschofsky | Pierce | WA | ###-###-5658 |
| 192 | Travis David | Oklahoma | OK | ###-###-8329 |
| 193 | Benjamin Davies | Tooele | UT | ###-###-0928 |
| 194 | Clint Davis | Escambia | FL | ###-###-7093 |
| 195 | Jeffrey Davis | Yellowstone | MT | ###-###-3628 |
| 196 | Linda Dazey | Saint Louis | MO | ###-###-3524 |
| 197 | Jesse Debartolo | Clark | WA | ###-###-7673 |
| 198 | Frank Deese | Klamath | OR | ###-###-5200 |
| 199 | Barbara Deggans | Pinellas | FL | ###-###-8908 |
| 200 | Christopher DeSantis | Marion | OR | ###-###-1382 |
| 201 | John Desider | Monmouth | NJ | ###-###-9529 |
| 202 | Anthony Desmoni | Clark | NV | ###-###-7354 |
| 203 | Byron Dickerson | Maricopa | AZ | ###-###-7721 |
| 204 | Bryan Diehl | Jefferson | WA | ###-###-9056 |
| 205 | Paul DiGiovanni | New Haven | CT | ###-###-3551 |
| 206 | Nicholas DiGiuseppe | Lane | OR | ###-###-7110 |
| 207 | Lonnie Dillman | King | WA | ###-###-2256 |
| 208 | David Dilmore | Rankin | MS | ###-###-6178 |
| 209 | Keegan Dinehart | Dane | WI | ###-###-6861 |
| 210 | Dustin Diteman | Lewis and Clark | MT | ###-###-0477 |
| 211 | Andy Ditz | Jefferson | KY | ###-###-4200 |
| 212 | Kristopher Dixon | Citrus | FL | ###-###-2003 |
| 213 | Reed Dkaidek | King | WA | ###-###-3011 |
| 214 | Raymond Dodge Jr | Clark | NV | ###-###-0944 |
| 215 | Michael Doherty | Cumberland | PA | ###-###-2468 |
| 216 | Michael Doran | Cascade | MT | ###-###-3212 |
| 217 | David Dorsette | Wayne | MI | ###-###-3757 |
| 218 | Gregory Douglas | Clackamas | OR | ###-###-6010 |
| 219 | Eric Dowells | Maui | HI | ###-###-2946 |
| 220 | Michael Doyle | Clackamas | OR | ###-###-0444 |
| 221 | Valerie Drake | New Haven | CT | ###-###-7102 |

| 222 | Russell Dregne | Lane | OR | ###-###-2461 |
| 223 | David Drennen | Jefferson | MO | ###-###-5849 |
| 224 | Leonel Duarte | Pierce | WA | ###-###-9155 |
| 225 | Roni Duncan-Brown | Dona Ana | NM | ###-###-6315 |
| 226 | Rachael Dunn | Wasco | OR | ###-###-3356 |
| 227 | David Dunn | Salt Lake | UT | ###-###-0202 |
| 228 | Chad Dunn | Weber | UT | ###-###-6031 |
| 229 | Kelly Dunnagan | Clackamas | OR | ###-###-9081 |
| 230 | Dennis Dupuis | New Haven | CT | ###-###-3657 |
| 231 | Jamus Duran | Multnomah | OR | ###-###-7509 |
| 232 | Izai Torralba Duran | Snohomish | WA | ###-###-0500 |
| 233 | Daniel Durante | Fairfield | CT | ###-###-2361 |
| 234 | Cortney Durbin | Teton | ID | ###-###-8708 |
| 235 | Elizabeth Durgin | Maricopa | AZ | ###-###-5539 |
| 236 | Wade Dwiggins | Greene | MO | ###-###-5969 |
| 237 | Derek Edenshaw | Anchorage | AK | ###-###-0456 |
| 238 | Carey Edler | Wasatch | UT | ###-###-0930 |
| 239 | Jason Ellery | Salt Lake | UT | ###-###-4047 |
| 240 | Roger Elsmore | Utah | UT | ###-###-7643 |
| 241 | Eric Emery | Clallam | WA | ###-###-8722 |
| 242 | William Emig | Maricopa | AZ | ###-###-8930 |
| 243 | Joseph Endejan | Saint Louis | MO | ###-###-1835 |
| 244 | Matt Enos | Marion | OR | ###-###-2197 |
| 245 | John Erickson | Gallatin | MT | ###-###-4600 |
| 246 | Matthew Erickson | Clark | WA | ###-###-5453 |
| 247 | Kurt Eshelman | Norfolk City | VA | ###-###-1693 |
| 248 | Alan Eskelsen | Bonneville | ID | ###-###-6395 |
| 249 | Roger Espinosa | Yavapai | AZ | ###-###-0209 |
| 250 | Joseph Esposito | Fairfield | CT | ###-###-9173 |
| 251 | Stacy Estes | Cowlitz | WA | ###-###-2925 |
| 252 | Manuel Estrella | Pima | AZ | ###-###-5566 |
| 253 | Frederick Eubanks | King | WA | ###-###-8478 |
| 254 | Jim Evangelista | Lane | OR | ###-###-1323 |
| 255 | James Evans | Yavapai | AZ | ###-###-4445 |
| 256 | Stephanie Evans | Weber | UT | ###-###-0447 |
| 257 | Charles Exum | Virginia Beach City | VA | ###-###-2976 |
| 258 | Denaro Fair | Kitsap | WA | ###-###-6970 |
| 259 | William Fargo | Polk | OR | ###-###-6004 |
| 260 | Troy Farley | King | WA | ###-###-7785 |
| 261 | Richard Farnsworth | Salt Lake | UT | ###-###-4778 |
| 262 | Eddy Farris | Marion | OR | ###-###-6573 |
| 263 | Billy Ferguson | Washington | OR | ###-###-2922 |
| 264 | Brandon Finlayson | Utah | UT | ###-###-1971 |
| 265 | Kaileb Finley | Deschutes | OR | ###-###-8961 |

| | | | | |
|---|---|---|---|---|
| 266 | James Finnell | Clackamas | OR | ###-###-1763 |
| 267 | KJ Finsand | Utah | UT | ###-###-2214 |
| 268 | Robert Fischer | SPOKANE | OR | ###-###-5948 |
| 269 | Sharlyne Fisher | Pierce | WA | ###-###-3525 |
| 270 | Michael Fjeldheim | Pacific | WA | ###-###-3171 |
| 271 | Vern Flanery | Pierce | WA | ###-###-0105 |
| 272 | Angela Fletcher | Spokane | WA | ###-###-5473 |
| 273 | David Flowers | Bexar | TX | ###-###-7005 |
| 274 | David Fluckinger | Pierce | WA | ###-###-4743 |
| 275 | Henry Fluger | Maricopa | AZ | ###-###-0098 |
| 276 | Jeremy Fogle | Island County | WA | ###-###-4225 |
| 277 | Eugene Foister | Saint Louis | MO | ###-###-5188 |
| 278 | Brian Fontaine | Salt lake | UT | ###-###-1206 |
| 279 | Robert Ford | Clark | NV | ###-###-4347 |
| 280 | Michael Fort | New Haven | CT | ###-###-8568 |
| 281 | Coley Foster | Matanuska-Susitna | AK | ###-###-1597 |
| 282 | Jeremy Foster | Lane | OR | ###-###-6406 |
| 283 | Vaughn Foulger | Marion | OR | ###-###-0407 |
| 284 | Adam Francis | Salt Lake | UT | ###-###-2849 |
| 285 | Salvador Franco | Clackamas | OR | ###-###-5784 |
| 286 | Larry Freeman | Maricopa | AZ | ###-###-2623 |
| 287 | Randy Freemole | Washington | OR | ###-###-0666 |
| 288 | Ray French | Yellowstone | MT | ###-###-6695 |
| 289 | Joe Frieden | Wabash | IN | ###-###-9242 |
| 290 | Ron Fuentes | Maricopa | AZ | ###-###-4393 |
| 291 | Michael Fulmer | Lane | OR | ###-###-9667 |
| 292 | Tyler FuQua | Clackamas | OR | ###-###-9956 |
| 293 | Chris Gabin | Multnomah | OR | ###-###-0575 |
| 294 | Michael Gallant | Barnstable | MA | ###-###-8469 |
| 295 | John Gangini | Maui | HI | ###-###-6567 |
| 296 | Leonard Garcia | Coconino | AZ | ###-###-0157 |
| 297 | David Garcia | Los Angeles | CA | ###-###-9922 |
| 298 | Jimmy Gardner | Apache | AZ | ###-###-0078 |
| 299 | Kerry Garfinkle | Davidson | TN | ###-###-9014 |
| 300 | Holly Garner | Deschutes | OR | ###-###-4208 |
| 301 | Cody Garrett | Multnomah | OR | ###-###-2967 |
| 302 | Brandt Garrison | Minidoka | ID | ###-###-5401 |
| 303 | Grant Gary | Yellowstone | MT | ###-###-4657 |
| 304 | Ronald Garzina | Skagit | WA | ###-###-6309 |
| 305 | Cy Gau | Snohomish | WA | ###-###-8592 |
| 306 | Roger Gauthier | Pierce | WA | ###-###-1202 |
| 307 | Timothy Gavin | Maricopa | AZ | ###-###-5280 |
| 308 | Benjamin George | Hinds | MS | ###-###-7867 |
| 309 | Heath Getchell | Clark | WA | ###-###-5602 |

| | | | | |
|---|---|---|---|---|
| 310 | Matt Gibbons | Yamhill | OR | ###-###-8254 |
| 311 | Cory Giffey | Kitsap | WA | ###-###-9400 |
| 312 | Ronald Gilbert | Yellowstone | MT | ###-###-6433 |
| 313 | Matt Gilbert | Box Elder | UT | ###-###-1474 |
| 314 | Tom Gill | King | WA | ###-###-7155 |
| 315 | Justin Glasglow | Cascade | MT | ###-###-0008 |
| 316 | David James (DJ) Glass | Matanuska-Susitna | AK | ###-###-2708 |
| 317 | Brian Gobat | Thurston | WA | ###-###-9261 |
| 318 | William Gomez | Maricopa | AZ | ###-###-9412 |
| 319 | Luis Gomez | Washington | UT | ###-###-7384 |
| 320 | Pedro Gomez | King | WA | ###-###-8364 |
| 321 | Thomas Gonzales | Maricopa | AZ | ###-###-1568 |
| 322 | William Gooch | Wasco | OR | ###-###-6097 |
| 323 | Matt Goodenough | Clackamas | OR | ###-###-4689 |
| 324 | Robert Goold | Pinal | AZ | ###-###-3270 |
| 325 | Tameka Gordon | San Bernardino | CA | ###-###-5411 |
| 326 | John Gorham | Yakima | WA | ###-###-9504 |
| 327 | Mark Gotti | Baltimore | MD | ###-###-9318 |
| 328 | Wes Goumaz | King | WA | ###-###-2214 |
| 329 | Tammy Gouveia | Hawaii | HI | ###-###-7614 |
| 330 | Ronald Graff | Monroe | IL | ###-###-5299 |
| 331 | Chris Grasso | Maricopa | AZ | ###-###-7342 |
| 332 | John Gray | Kitsap | WA | ###-###-6528 |
| 333 | Michael Green | Maricopa | AZ | ###-###-9753 |
| 334 | Tamyko Green | Clark | NV | ###-###-4003 |
| 335 | Morgan Griffin | Deschutes | OR | ###-###-7757 |
| 336 | Vitaliy Grishko | Spokane | WA | ###-###-0469 |
| 337 | Travis Grob | Salt Lake | UT | ###-###-7583 |
| 338 | Jo Groue | King | WA | ###-###-4877 |
| 339 | Kris Grover | Washington | UT | ###-###-1194 |
| 340 | David Gruce | Fairfield | CT | ###-###-0095 |
| 341 | Jewel Gurule | Summit | UT | ###-###-0315 |
| 342 | Sean Gustin | Hawaii | HI | ###-###-7935 |
| 343 | Charles Gutaukus | Middlesex | CT | ###-###-0509 |
| 344 | Jody Gutierrez | Washington | OR | ###-###-5394 |
| 345 | Juan Gutierrez | Pierce | WA | ###-###-5100 |
| 346 | Todd Haberkorn | Salt Lake | UT | ###-###-7436 |
| 347 | Jonathan Haddeman | Spokane | WA | ###-###-6944 |
| 348 | Scott Hall | Yavapai | AZ | ###-###-5816 |
| 349 | John Hamilton | Coos | OR | ###-###-4283 |
| 350 | Keir Hamlin | Denton | TX | ###-###-9599 |
| 351 | Brian Hammers | Jackson | OR | ###-###-5875 |
| 352 | Ryan Hansen | Whatcom | WA | ###-###-3494 |
| 353 | J. Andy Hardwick | Marion | OR | ###-###-2212 |

| 354 | Michael Hargett | King | WA | ###-###-0817 |
| 355 | Scott Harman | Utah | UT | ###-###-1760 |
| 356 | Demetrious Harmon | San Diego | CA | ###-###-5251 |
| 357 | Scott Harris | Maricopa | AZ | ###-###-6421 |
| 358 | Michael Harris | New Haven | CT | ###-###-9297 |
| 359 | Morgan Harris | Kitsap | WA | ###-###-7508 |
| 360 | Andrea Harris | Pierce | WA | ###-###-4204 |
| 361 | Quinn Harrrison | Salt Lake | UT | ###-###-9018 |
| 362 | John Hart | Plymouth | MA | ###-###-4143 |
| 363 | Danny Hart | Washington | OR | ###-###-8333 |
| 364 | Ivan Hartavel | Clark | WA | ###-###-7510 |
| 365 | Craig Hawker | Salt Lake | UT | ###-###-5372 |
| 366 | Wesley Hawkins | Washoe | NV | ###-###-0534 |
| 367 | Eva Haynes | Oneida | NY | ###-###-6073 |
| 368 | Sherene Hazah | Lincoln | OR | ###-###-1828 |
| 369 | Andrew Hazelwood | Rockingham | NC | ###-###-9719 |
| 370 | Robert Healy | New Haven | CT | ###-###-0534 |
| 371 | Patrick Hearn | Hawaii | HI | ###-###-9814 |
| 372 | Deborah Helfrich | Yellowstone | MT | ###-###-1620 |
| 373 | Thomas Hemp | Clark | NV | ###-###-3520 |
| 374 | Matthew Henry | Deschutes | OR | ###-###-5277 |
| 375 | Nathan Henton | Yavapai | AZ | ###-###-7749 |
| 376 | Dennis Hepler | Denton | TX | ###-###-9693 |
| 377 | Dario Hernandez | King | WA | ###-###-9170 |
| 378 | Danny Higgins | Yavapai | AZ | ###-###-8989 |
| 379 | Michael Higgins | Pima | AZ | ###-###-1461 |
| 380 | Adrian Hilde | Whatcom | WA | ###-###-7907 |
| 381 | Joshua Hill | New London | CT | ###-###-2732 |
| 382 | Travis Hill | Lane | OR | ###-###-2597 |
| 383 | Jabari Hillyer | Charles | MD | ###-###-5277 |
| 384 | LeRoy Hippe | Jackson | OR | ###-###-3959 |
| 385 | William Hoar | New London | CT | ###-###-0280 |
| 386 | Loren Hobbs | San Diego | CA | ###-###-0002 |
| 387 | Dylan Hockett | Spokane | WA | ###-###-3595 |
| 388 | Teddy Hodges | Salt Lake | UT | ###-###-7688 |
| 389 | Tony Hoffmann | Utah | UT | ###-###-2556 |
| 390 | Nicholas Holbrook | Anchorage | AK | ###-###-8351 |
| 391 | Antonio Hope | Salt Lake | UT | ###-###-6667 |
| 392 | Jamie Hope | King | WA | ###-###-0246 |
| 393 | Daniel Hopkins | Utah | UT | ###-###-9020 |
| 394 | Brian Hopple | El Paso | TX | ###-###-7935 |
| 395 | Brian Horner | Clark | NV | ###-###-1169 |
| 396 | Ben Hortman | Utah | UT | ###-###-1775 |
| 397 | Jeff Howard | Maricopa | AZ | ###-###-6006 |
| 398 | Randy Howard | Jackson | OR | ###-###-2288 |

| | | | | |
|---|---|---|---|---|
| 399 | Anthony Howe Jr | Maricopa | AZ | ###-###-4420 |
| 400 | Sean Hoy | Lucas | OH | ###-###-2936 |
| 401 | Michael Hoyden | Snohomish | WA | ###-###-8263 |
| 402 | Clint Hughes | Yavapai | AZ | ###-###-2598 |
| 403 | Alan Hunt | Benton | WA | ###-###-2987 |
| 404 | Cory Huntsman | Jackson | OR | ###-###-2765 |
| 405 | Richard Huskey | Jackson | CA | ###-###-2072 |
| 406 | Brendan Hutchins | Multnomah | OR | ###-###-0946 |
| 407 | Socrates Incarnato | King | WA | ###-###-8478 |
| 408 | Christopher Inman | KAUAI | HI | ###-###-7132 |
| 409 | David Ishmael | New Haven | CT | ###-###-1951 |
| 410 | Chris Ivins | Snohomish | WA | ###-###-2765 |
| 411 | Mark Jacobs | Maricopa | AZ | ###-###-6004 |
| 412 | Scott Jasmer | Salt Lake | UT | ###-###-7955 |
| 413 | Demetrius Jefferson | El Paso | CO | ###-###-7250 |
| 414 | Randy Jenkins | Pima | AZ | ###-###-2144 |
| 415 | Derek Jenkins | Spokane | WA | ###-###-2381 |
| 416 | Mark Jennings | King | WA | ###-###-3572 |
| 417 | Ray Johnisee | Marion | OR | ###-###-6527 |
| 418 | Christopher Johnson | Honolulu | HI | ###-###-8443 |
| 419 | Stacie Johnson | Linn | IA | ###-###-1014 |
| 420 | Joshua Johnson | Linn | OR | ###-###-1199 |
| 421 | Keith Johnson | Washington | OR | ###-###-2939 |
| 422 | Daniel Johnson | Cowlitz | WA | ###-###-1529 |
| 423 | Sandi Johnson | Canyon | ID | ###-###-6139 |
| 424 | Kristina Johnson | Whatcom | WA | ###-###-5674 |
| 425 | Shane Johnston | Yellowstone | MT | ###-###-4256 |
| 426 | Kevin Jones | Knox | TN | ###-###-4712 |
| 427 | Trevor Jones | Los Angeles | CA | ###-###-6854 |
| 428 | Jeremiah Jones | Honolulu | HI | ###-###-8678 |
| 429 | Dan Jones | Washington | UT | ###-###-1521 |
| 430 | Robert Jones | Pierce | WA | ###-###-1740 |
| 431 | Joseph Jones | Oakland | MI | ###-###-2445 |
| 432 | Joyce Joneschiet | King | WA | ###-###-3592 |
| 433 | Russell Jorgenson | King | WA | ###-###-1247 |
| 434 | Gary Joyner | Benton | WA | ###-###-1630 |
| 435 | Ted Judge | Placer | CA | ###-###-8775 |
| 436 | Rick Kader | Washington | UT | ###-###-7690 |
| 437 | Maria Kahookele | Honolulu | HI | ###-###-1644 |
| 438 | Jodi Kaili | Salt Lake | UT | ###-###-5618 |
| 439 | Blake Kapp | Salt Lake | UT | ###-###-3530 |
| 440 | Nicholas Kardaras | Maricopa | AZ | ###-###-1391 |
| 441 | Saul Kash | Los Angeles | CA | ###-###-6751 |
| 442 | Justin Kelberlau | Bexar | TX | ###-###-4705 |
| 443 | Dennis Kellerman | Elmore | ID | ###-###-9570 |

| | | | | |
|---|---|---|---|---|
| 444 | Mike Kelly | Hartford | CT | ###-###-7250 |
| 445 | Tim Kelly | Spokane | WA | ###-###-4728 |
| 446 | DeWayne Kelly | Yamhill | OR | ###-###-0254 |
| 447 | Michele Kelly | Snohomish | WA | ###-###-2857 |
| 448 | David Kennedy | Clark | NV | ###-###-1018 |
| 449 | William Kennedy | Snohomish | WA | ###-###-0359 |
| 450 | Kaleb Kensmoe | Salt Lake | UT | ###-###-5983 |
| 451 | Jacob Kerlin | Whatcom | WA | ###-###-6157 |
| 452 | Thomas Kernan | Pinal | AZ | ###-###-7150 |
| 453 | Wes Keysor | Pima | AZ | ###-###-7076 |
| 454 | Julia Kharitonenko | Multnomah | OR | ###-###-3982 |
| 455 | Geoff Kidder | Maricopa | AZ | ###-###-1278 |
| 456 | Steve Kincaid | Travis | TX | ###-###-0307 |
| 457 | Dennis Kisilev | Clark | WA | ###-###-8066 |
| 458 | Kevin Kittler | Berkshire | MA | ###-###-2587 |
| 459 | Michael Knauff | Pierce | WA | ###-###-9143 |
| 460 | Vivian Knezevich | Multnomah | OR | ###-###-9771 |
| 461 | Heidi Knutson | Sevier | UT | ###-###-5450 |
| 462 | Brandon Koch | Pierce | WA | ###-###-9080 |
| 463 | Joe Kokoruda | Lewis and Clark | MT | ###-###-0143 |
| 464 | Blaine Konow | Maricopa | AZ | ###-###-6306 |
| 465 | Jason Kotar | Multnomah | OR | ###-###-1517 |
| 466 | Tim Kovalsky | Fairfield | CT | ###-###-5667 |
| 467 | Jean Kropp | Maricopa | AZ | ###-###-0439 |
| 468 | Caleb Kruger | Douglas | NV | ###-###-5897 |
| 469 | Daniel Kryger | Summit | UT | ###-###-3711 |
| 470 | Melissa Kuchman | King | WA | ###-###-2355 |
| 471 | Matthew Kuehn | Anoka | MN | ###-###-6386 |
| 472 | Michael Kurz | Yamhill | OR | ###-###-5879 |
| 473 | Thomas Kyte | Anchorage | AK | ###-###-8923 |
| 474 | Irma Lainez | Wasco | OR | ###-###-3677 |
| 475 | Steve Lambert | Pinal | AZ | ###-###-1155 |
| 476 | Jeffrey Lambert | King | WA | ###-###-4137 |
| 477 | Elam Lamdan | Pima | AZ | ###-###-0091 |
| 478 | Randy Landman | Saint Charles | MO | ###-###-7714 |
| 479 | Lance Lane | Douglas | OR | ###-###-8857 |
| 480 | Christopher Lang | Multnomah | OR | ###-###-8008 |
| 481 | Donavon Largent | Salt Lake | UT | ###-###-6057 |
| 482 | Eli Larreau | Skagit | WA | ###-###-4877 |
| 483 | Torben Larsen | Hawaii | HI | ###-###-8464 |
| 484 | Jeremie Larsen | Spokane | WA | ###-###-4393 |
| 485 | Swede Larson | Salt Lake | UT | ###-###-2473 |
| 486 | James Latronica | Clark | NV | ###-###-1492 |
| 487 | Edward LaValley | Harris | TX | ###-###-4080 |
| 488 | Josh Lawlor | Maricopa | AZ | ###-###-0374 |

| | | | | |
|---|---|---|---|---|
| 489 | Ed Lawlor | Cache | UT | ###-###-1995 |
| 490 | Allisyn Layton | Weber | UT | ###-###-2037 |
| 491 | Luu Le | King | WA | ###-###-4559 |
| 492 | Carlos Ledesma | Marion | OR | ###-###-1453 |
| 493 | Watson Lee | Los Angeles | CA | ###-###-8448 |
| 494 | Samantha Lee | Lyon | NV | ###-###-4252 |
| 495 | Nick Lee | Oklahoma | OK | ###-###-8212 |
| 496 | Justin Lee | FAIRFIELD | OH | ###-###-2018 |
| 497 | Jeffrey Lee | Utah | UT | ###-###-4389 |
| 498 | Andre Lee | King | WA | ###-###-2325 |
| 499 | Matt LeFevre | Utah | UT | ###-###-1299 |
| 500 | James Lehman | Nez Perce | ID | ###-###-9250 |
| 501 | Scott Leishman | Cache | UT | ###-###-7593 |
| 502 | Eric Leverenz | Monroe | MI | ###-###-3820 |
| 503 | Yosi Levi | Ocean | NJ | ###-###-2636 |
| 504 | Gregory Lewandowski | Riverside | CA | ###-###-8944 |
| 505 | Joseph Lewis | Pima | AZ | ###-###-7307 |
| 506 | Tom Lewis | Salt lake | UT | ###-###-5535 |
| 507 | Max Lewis | Marion | OR | ###-###-7755 |
| 508 | Kris Lichtenberg | Anchorage | AK | ###-###-9598 |
| 509 | Brandon Light | Maricopa | AZ | ###-###-0739 |
| 510 | James Lillis | Johnson | MO | ###-###-4608 |
| 511 | Adam Lindley | Maricopa | AZ | ###-###-0299 |
| 512 | Victor Livoti | Fairfield | CT | ###-###-9177 |
| 513 | Kelan Loch | Salt Lake | UT | ###-###-5840 |
| 514 | Jazmin Locke | Miami-Dade | FL | ###-###-6372 |
| 515 | Steve Locke | Josephine | OR | ###-###-0350 |
| 516 | Peter Loda | Multnomah | OR | ###-###-2113 |
| 517 | James Logan | Pierce | WA | ###-###-9810 |
| 518 | Jodie Loman | Ada | ID | ###-###-9197 |
| 519 | Paul Longo | Lichtfield | CT | ###-###-0148 |
| 520 | Juan Lopez | Racine | WI | ###-###-4426 |
| 521 | Darren Loux | Fairfield | CT | ###-###-2387 |
| 522 | Douglas Love | Snohomish | WA | ###-###-0903 |
| 523 | Richard Lowes | Clackamas | OR | ###-###-1608 |
| 524 | Ryan Loyd | Lincoln | MO | ###-###-3315 |
| 525 | Daniel Luckman | Wayne | NY | ###-###-3555 |
| 526 | Adam Ludwig | Utah | UT | ###-###-8973 |
| 527 | John Lundwall | Utah | UT | ###-###-0182 |
| 528 | Mike Lynch | Pima | AZ | ###-###-0073 |
| 529 | Donavon J. Lyness | Clark | WA | ###-###-2387 |
| 530 | Tara Lynn Snow | Weber | UT | ###-###-2475 |
| 531 | Nichole Lynott | Clackamas | OR | ###-###-6619 |
| 532 | Vlad Lysov | Snohomish | WA | ###-###-7202 |
| 533 | Edward (Eddie) Maciel | Clatsop | OR | ###-###-9865 |

| 534 | Grani MacKay | Salt Lake | UT | ###-###-2900 |
| 535 | John Macy | Santa Cruz | AZ | ###-###-9581 |
| 536 | Rafael Maga | King | WA | ###-###-1208 |
| 537 | Stevan Major | Isle of Wight | VA | ###-###-5514 |
| 538 | Mark Malkowski | Mason | MI | ###-###-4699 |
| 539 | David Mallon | Clay | MO | ###-###-8310 |
| 540 | Fernando Mancilla | Pima | AZ | ###-###-4278 |
| 541 | James Mandichak | Washoe | NV | ###-###-3157 |
| 542 | Les Mann | Sonoma | CA | ###-###-5112 |
| 543 | Josh Manwaring | Salt Lake | UT | ###-###-4378 |
| 544 | Nathan Marchese | Multnomah | OR | ###-###-8539 |
| 545 | Chanse Mariotti | King | WA | ###-###-3033 |
| 546 | Bailey Marshall | Houston | GA | ###-###-1167 |
| 547 | Darrell Martin | Gwinnett | GA | ###-###-6220 |
| 548 | Amanda Martinez | Sarasota | FL | ###-###-2907 |
| 549 | Michael Marton | Lane | OR | ###-###-4537 |
| 550 | Lenny Mason | Thurston | WA | ###-###-2237 |
| 551 | Lisa Massey | Mohave | AZ | ###-###-5485 |
| 552 | Jeric Massey | Utah | UT | ###-###-7615 |
| 553 | Paul Mata | Yavapai | AZ | ###-###-5184 |
| 554 | Robert Mathewson | Lincoln | OR | ###-###-0590 |
| 555 | Amir Mathiasen | King | WA | ###-###-2546 |
| 556 | Carritha Matthews | Orleans | LA | ###-###-6417 |
| 557 | Jackie Maxey | Maricopa | AZ | ###-###-7074 |
| 558 | Marlin Mayes Jr. | San Patricio | TX | ###-###-7306 |
| 559 | Brady Mayson | Whatcom | WA | ###-###-2200 |
| 560 | Matt Mcauslan | Snohomish | WA | ###-###-1293 |
| 561 | Robert McCarthy | Honolulu | HI | ###-###-9280 |
| 562 | Larry McClure | Rusk | TX | ###-###-4685 |
| 563 | Mark McCreary | Douglas | NV | ###-###-5459 |
| 564 | Lillian McDonald | Multnomah | OR | ###-###-9015 |
| 565 | Leona McFalls Zeqiri | Dallas | TX | ###-###-6939 |
| 566 | Chris Mcgonagle | King | WA | ###-###-0058 |
| 567 | Krystal McKinnie | Harris | TX | ###-###-3547 |
| 568 | Joseph McPherson | Cook | IL | ###-###-4547 |
| 569 | Kenneth McPherson | Washington | OR | ###-###-5316 |
| 570 | Wess Meader | Clackamas | OR | ###-###-8056 |
| 571 | Nick Means | Thurston | WA | ###-###-8187 |
| 572 | Ruben Medina | Pike | PA | ###-###-4055 |
| 573 | Justin Meier | Multnomah | OR | ###-###-9833 |
| 574 | DJ Melodia Sr | Fairfield | CT | ###-###-5771 |
| 575 | Timothy Melvin | Oklahoma | OK | ###-###-5198 |
| 576 | James Mendez | Honolulu | HI | ###-###-7615 |
| 577 | David Mendola | Maricopa | AZ | ###-###-1527 |
| 578 | Scott Meola | King | WA | ###-###-1505 |

| | | | | |
|---|---|---|---|---|
| 579 | Liz Meraz | Washington | OR | ###-###-4564 |
| 580 | Brian Mersereau | Lane | OR | ###-###-4957 |
| 581 | Chris Michael | Washington | OR | ###-###-5929 |
| 582 | Cristian Millan | Salt Lake | UT | ###-###-4237 |
| 583 | Mark Miller | Maricopa | AZ | ###-###-4479 |
| 584 | Jay Miller | Lane | OR | ###-###-6528 |
| 585 | Matthew Miller | Thurston | WA | ###-###-2046 |
| 586 | Hoyt Milliner | Gwinnett | GA | ###-###-9280 |
| 587 | Ryan Milly | Yamhill | OR | ###-###-9110 |
| 588 | Rosemary Minjarez | Dona Ana | NM | ###-###-7951 |
| 589 | Michelle Minton | Cass | MO | ###-###-2412 |
| 590 | John Mitchell | Anchorage | AK | ###-###-6052 |
| 591 | Harry Mitchell | Bucks | PA | ###-###-3443 |
| 592 | Mohamed Mohamed | New Haven | CT | ###-###-9986 |
| 593 | Joshua Montgomery | Yakima | WA | ###-###-1035 |
| 594 | Craig Montgomery | Davis | UT | ###-###-9299 |
| 595 | Israel Montijo | Maricopa | AZ | ###-###-4779 |
| 596 | Kerry Moody | Jefferson | TX | ###-###-1332 |
| 597 | Michael Moon | Multnomah | OR | ###-###-7408 |
| 598 | Peter Moore | Maricopa | AZ | ###-###-8864 |
| 599 | Gary Moore | Baltimore | MD | ###-###-5904 |
| 600 | Peter Moore | Montgomery | OH | ###-###-1018 |
| 601 | Kellen Moore | Deschutes | OR | ###-###-3905 |
| 602 | Todd Morgan | Clackamas | OR | ###-###-7763 |
| 603 | Michael Moronez | Maricopa | AZ | ###-###-0308 |
| 604 | Kelly Morrison | Johnson | KS | ###-###-2095 |
| 605 | David Morse | Deschutes | OR | ###-###-5244 |
| 606 | Shawn Moshos | Clark | NV | ###-###-3172 |
| 607 | James Mott | Cochise | AZ | ###-###-0642 |
| 608 | Michael Moul | Dodge | WI | ###-###-5630 |
| 609 | Damian Mount | Wichita | TX | ###-###-9476 |
| 610 | Josiah Elias (Joe) Moya | Clark | NV | ###-###-7999 |
| 611 | Matt Moyer | Pierce | WA | ###-###-5574 |
| 612 | Alex Murdock | Utah | UT | ###-###-0533 |
| 613 | Susan Murphy | Douglas | NE | ###-###-4457 |
| 614 | Rebecca Murphy | Snohomish | WA | ###-###-1068 |
| 615 | Jon Mutka | Yavapai | AZ | ###-###-2438 |
| 616 | Shawn Nagano | King | WA | ###-###-1199 |
| 617 | Matthew Nagy | Strafford | NH | ###-###-9860 |
| 618 | Daniel Neaga | Multnomah | WA | ###-###-0044 |
| 619 | Keith Nelson | Maricopa | AZ | ###-###-2706 |
| 620 | Ken Nelson | Maricopa | AZ | ###-###-4019 |
| 621 | Dan Nelson | Maui | HI | ###-###-4246 |
| 622 | Vesselin Nenchev | Clark | WA | ###-###-3028 |
| 623 | Stephany Nguyen | Maricopa | AZ | ###-###-2575 |

| 624 | Dean Nguyen | Thurston | WA | ###-###-8601 |
|---|---|---|---|---|
| 625 | Ina Nicole | Anchorage | AK | ###-###-9175 |
| 626 | Samuel Nieblas | Cochise | AZ | ###-###-5271 |
| 627 | Brent Nielson | Salt Lake | UT | ###-###-5778 |
| 628 | Vincent Noffleo | Lake | FL | ###-###-1972 |
| 629 | Christina Noftsker | Carson City | NV | ###-###-9928 |
| 630 | Henry Nott | Spokane | WA | ###-###-3559 |
| 631 | Jose Nunez | Maricopa | AZ | ###-###-7857 |
| 632 | Gabriel Nunez | SAN JOAQUIN | CA | ###-###-8644 |
| 633 | James Oakes | Maricopa | AZ | ###-###-4814 |
| 634 | Cody O'Donnell | Gila | AZ | ###-###-2542 |
| 635 | Rodney Ohlinger | Multnomah | OR | ###-###-7616 |
| 636 | Christopher O'Leary | Snohomish | WA | ###-###-1768 |
| 637 | Michael Olson | Flathead | MT | ###-###-4040 |
| 638 | Darren Orange | Clatsop | OR | ###-###-8519 |
| 639 | Dean Orem | Maricopa | AZ | ###-###-0731 |
| 640 | Shann Ormsbee | Lane | OR | ###-###-6053 |
| 641 | Federico Ornelas | San Bernardino | CA | ###-###-6448 |
| 642 | Evan Ortiz | Multnomah | OR | ###-###-1866 |
| 643 | Randall Overbey | Sebastian | AR | ###-###-0291 |
| 644 | Phillips Owens | Lane | OR | ###-###-6006 |
| 645 | Erik Paavola | Multnomah | OR | ###-###-7761 |
| 646 | Brandon Pack | Salt Lake | UT | ###-###-7246 |
| 647 | Benjamin Painter | Salt Lake | UT | ###-###-2475 |
| 648 | David Palanker | Atlantic | NJ | ###-###-4490 |
| 649 | Larry Palmer | King | WA | ###-###-7510 |
| 650 | Shawn Palmer | Yellowstone | MT | ###-###-4060 |
| 651 | Joe Panettieri | Fairfield | CT | ###-###-3048 |
| 652 | Felix Pantoja | Ventura | CA | ###-###-9202 |
| 653 | Lester Parillon | Clark | NV | ###-###-8746 |
| 654 | Steven Parker | Travis | TX | ###-###-8784 |
| 655 | Devin Parker | Salt Lake | UT | ###-###-4854 |
| 656 | David Parnham | Clark | WA | ###-###-5805 |
| 657 | Larry Patenaude | Hartford | CT | ###-###-1297 |
| 658 | Tom Patterson | Maricopa | AZ | ###-###-6801 |
| 659 | Jacob Payne | Cumberland | NC | ###-###-8909 |
| 660 | Adam Pearson | Jackson | OR | ###-###-4168 |
| 661 | Gale Pelan | King | WA | ###-###-4356 |
| 662 | Lee Pennington | Hawaii | HI | ###-###-6186 |
| 663 | Arnulfo Perez | Stanislaus | CA | ###-###-1482 |
| 664 | Carlos Perez | Hidalgo | TX | ###-###-4510 |
| 665 | David Perez | Josephine | OR | ###-###-8245 |
| 666 | Ammon Petersen | Maricopa | AZ | ###-###-8438 |
| 667 | Shane Petersen | Deschutes | OR | ###-###-2797 |
| 668 | George Peterson | Sussex | DE | ###-###-8438 |

| | | | |
|---|---|---|---|
| 669 | Darryl Peterson | Jefferson | MT | ###-###-4581 |
| 670 | John Petree | Honolulu | HI | ###-###-7370 |
| 671 | Maria Petromanolakis | Queens | NY | ###-###-7077 |
| 672 | Lance Phelps | King | WA | ###-###-5984 |
| 673 | Michael Philpot | McHenry | IL | ###-###-1139 |
| 674 | Daniel Phinney | Spokane | WA | ###-###-6973 |
| 675 | Matthew Pirone | Solano | CA | ###-###-8181 |
| 676 | Jim Pitzer | King | WA | ###-###-9159 |
| 677 | Richard Poe | Mecklenburg | NC | ###-###-4049 |
| 678 | Doug Politi | FAIRFIELD | CT | ###-###-9590 |
| 679 | Barry Pollock | Maricopa | AZ | ###-###-2814 |
| 680 | Nathan Pool | Multnomah | OR | ###-###-6388 |
| 681 | Kelly Pope | Salt Lake | UT | ###-###-3887 |
| 682 | Crystal Porter | Horry | SC | ###-###-0584 |
| 683 | David Povelite | Matanuska-Susitna | AK | ###-###-7069 |
| 684 | Shiloh Powers | Davis | UT | ###-###-5611 |
| 685 | Chrisopher Oetzel | Clark | NV | ###-###-4325 |
| 686 | Daniel Priedigkeit | Harris | TX | ###-###-8457 |
| 687 | Jeremie Prock | Kootenai | ID | ###-###-0333 |
| 688 | Eric Proctor | Clark | NV | ###-###-2105 |
| 689 | Shane Prouty | Erie | NY | ###-###-0777 |
| 690 | D S Purdum | Pierce | WA | ###-###-9903 |
| 691 | Lance Purser | Salt Lake | UT | ###-###-4469 |
| 692 | Humberto Quevedo | Los Angeles | CA | ###-###-6705 |
| 693 | Jack Rabin | Clark | WA | ###-###-5617 |
| 694 | Michael Ramcharan | Broward | FL | ###-###-6081 |
| 695 | Nancy Ramirez | Clackamas | OR | ###-###-9548 |
| 696 | Camie Ramirez | Salt Lake | UT | ###-###-0444 |
| 697 | Richard Randall | Maricopa | AZ | ###-###-6644 |
| 698 | Richard Rands | Clark | WA | ###-###-6700 |
| 699 | Charles Rankin | Pima | AZ | ###-###-1880 |
| 700 | Jason Rapp | Skagit | WA | ###-###-5671 |
| 701 | Gary Ray | Jackson | OR | ###-###-3207 |
| 702 | Michael Redden | Taylor | TX | ###-###-7623 |
| 703 | Kelli Reece | King | WA | ###-###-6465 |
| 704 | Emily Refi | Multnomah | OR | ###-###-5669 |
| 705 | Paula Reger | Honolulu | HI | ###-###-8367 |
| 706 | Tim Reid | Washington | OR | ###-###-9746 |
| 707 | Brian Reiswig | Yakima | WA | ###-###-0390 |
| 708 | Alan Reynolds | Maricopa | AZ | ###-###-4387 |
| 709 | Keith Reynolds | Multnomah | OR | ###-###-2328 |
| 710 | TJ Rhodes III | Coos | OR | ###-###-4891 |
| 711 | Jon Ribble | Yellowstone | MT | ###-###-1828 |
| 712 | Aaron Ribble | Deschutes | OR | ###-###-1824 |

| 713 | Jason Rice | Pinal | AZ | ###-###-3430 |
|---|---|---|---|---|
| 714 | Keith Richards | Maricopa | AZ | ###-###-4155 |
| 715 | Calvin Richards | Salt Lake | UT | ###-###-4164 |
| 716 | Stephen Richardson | Deschutes | OR | ###-###-4675 |
| 717 | Crystal Richie | Lane | OR | ###-###-4086 |
| 718 | Phillip Ricks | Forsyth | GA | ###-###-4422 |
| 719 | James Riggs | Fairfield | CT | ###-###-5157 |
| 720 | Anthony Rivera | Maricopa | AZ | ###-###-7324 |
| 721 | Shawn Robbins | Jackson | OR | ###-###-9682 |
| 722 | Owen Roberts | Yakima | WA | ###-###-1765 |
| 723 | Charles Robinson | Montgomery | PA | ###-###-0741 |
| 724 | Raysho Robinson | Spalding | GA | ###-###-0609 |
| 725 | Scott Robinson | New Haven | CT | ###-###-3173 |
| 726 | Reese Robinson | Walla Walla | WA | ###-###-5142 |
| 727 | Tom Roche | Hall | GA | ###-###-7100 |
| 728 | Kyle Rodenhauser | Riverside | CA | ###-###-7166 |
| 729 | Lilach Rodgers | Yavapai | AZ | ###-###-9002 |
| 730 | Mark Anthony Rodriguez | Clark | NV | ###-###-9739 |
| 731 | Cesar Rodriguez | Skagit | WA | ###-###-8977 |
| 732 | Joseph Rodriguez-Amaya | Maricopa | AZ | ###-###-6072 |
| 733 | Ronald Rohinsky | Fairfield | CT | ###-###-1107 |
| 734 | Goretty Romero | Clark | NV | ###-###-8296 |
| 735 | Les Romfo | Maricopa | AZ | ###-###-4447 |
| 736 | Robert Ronquillo | Santa Cruz | AZ | ###-###-5111 |
| 737 | DeAnna Rose-Lydon | Bexar | TX | ###-###-2849 |
| 738 | Drew Rosenberg | Davis | UT | ###-###-8513 |
| 739 | Tyler Roth | Hood River | OR | ###-###-7775 |
| 740 | Artem Rudyy | Pierce | WA | ###-###-2001 |
| 741 | Anthony Scott Rue | Yamhill | OR | ###-###-2690 |
| 742 | Andrew Rusinchak | Wyoming | PA | ###-###-6045 |
| 743 | Paul Ryals | Pima | AZ | ###-###-2030 |
| 744 | Michael Ryan | Deschutes | OR | ###-###-2993 |
| 745 | Richard David (Rich) Rzasa | Fairfield | CT | ###-###-6607 |
| 746 | Brad Rzechua | Island | WA | ###-###-0350 |
| 747 | Edward Salan | Coos | OR | ###-###-5326 |
| 748 | Adam Salas | Bernalillo | NM | ###-###-8382 |
| 749 | Noelle Salinas | Maricopa | AZ | ###-###-1197 |
| 750 | Elizabeth Sanchez | Maricopa | AZ | ###-###-3440 |
| 751 | William Sanders | Duval | FL | ###-###-2065 |
| 752 | Brian Sangster | Asotin | WA | ###-###-7683 |
| 753 | Jerry Sarich | Will | IL | ###-###-1727 |
| 754 | Chad Sauer | Salt Lake | UT | ###-###-1003 |
| 755 | James Savage | Salt Lake | UT | ###-###-3025 |
| 756 | Alex Sawicki | HAMPDEN | MA | ###-###-0957 |

| | | | |
|---|---|---|---|
| 757 | Nicholas Schaffer | Akron | OH | ###-###-3130 |
| 758 | Jeffrey Schick | Tillamook | OR | ###-###-7564 |
| 759 | Todd Schild | Salt Lake | UT | ###-###-5114 |
| 760 | James Schneck | Honolulu | HI | ###-###-7182 |
| 761 | Cody Schneider | Marion | OR | ###-###-8894 |
| 762 | Steven Schubach | Spokane | WA | ###-###-0067 |
| 763 | John Schulte | Orange | CA | ###-###-5539 |
| 764 | Kyle Schultz | Spokane | WA | ###-###-8801 |
| 765 | John Sciarra | Multnomah | OR | ###-###-4276 |
| 766 | Savannah Scroggs | Calvert | MD | ###-###-1095 |
| 767 | Jesse Seale | Baldwin | AL | ###-###-6655 |
| 768 | Jonathan Sealy | Kittitas | WA | ###-###-6071 |
| 769 | Elizabeth Sears | Carson City | NV | ###-###-0291 |
| 770 | Kirk Secrist | Box Elder | UT | ###-###-4092 |
| 771 | James Seltenreich | Mantanuska-Susitna | AK | ###-###-3872 |
| 772 | Andrei Serebryakov | King | WA | ###-###-5306 |
| 773 | David Servatius | Washington | OR | ###-###-1647 |
| 774 | Marcel Seyss | Snohomish | WA | ###-###-8869 |
| 775 | Stephen Andrew Shadwick | Jackson | OR | ###-###-0686 |
| 776 | Michael Shanaberger | Clark | WA | ###-###-6382 |
| 777 | Nathaniel Shannon | Hawaii | HI | ###-###-9645 |
| 778 | Scot Shaw | Jackson | OR | ###-###-4027 |
| 779 | Richard Shay | Thurston | WA | ###-###-4282 |
| 780 | Chris Sheehan | Multnomah | OR | ###-###-2066 |
| 781 | Lyle Douglas Sheneman | Utah | UT | ###-###-9607 |
| 782 | Dennis Shepherd | Anchorage | AK | ###-###-6735 |
| 783 | Svetlana Shewaye | Marion | OR | ###-###-7441 |
| 784 | Charles Shields | Shelby | AL | ###-###-7247 |
| 785 | Timothy Shiner | Knox | TN | ###-###-6914 |
| 786 | Christy Sholes | East Baton Rouge | LA | ###-###-6425 |
| 787 | Shawn Shore | Columbia | OR | ###-###-7380 |
| 788 | Debbie Shulda | Clark | NV | ###-###-9061 |
| 789 | Christopher Siegel | Clark | NV | ###-###-8739 |
| 790 | Valentin Siller | Utah | UT | ###-###-2488 |
| 791 | Joshua Simonson | Yamhill | OR | ###-###-7717 |
| 792 | Max Sisson | Henry | MO | ###-###-1629 |
| 793 | Ben Skelton | Cullman | AL | ###-###-3509 |
| 794 | Daniel Skinner | Brazoria | TX | ###-###-8616 |
| 795 | Shane Skyler | Lane | OR | ###-###-0843 |
| 796 | Julie Skymba | Travis | TX | ###-###-5759 |
| 797 | Claude Slate | Deschutes | OR | ###-###-0263 |
| 798 | Phil Slezak | Wake | NC | ###-###-4844 |
| 799 | Michelle Slocum | Harris | TX | ###-###-9945 |

| | | | | |
|---|---|---|---|---|
| 800 | David Smalt | Los Angeles | CA | ###-###-7013 |
| 801 | Corey Smiley | Clark | NV | ###-###-3171 |
| 802 | Jeremy Smith | Utah | UT | ###-###-6158 |
| 803 | Billy Smith | Pierce | WA | ###-###-9878 |
| 804 | Josh Sneed | Maricopa | AZ | ###-###-7255 |
| 805 | Allen Soule | Multnomah | OR | ###-###-5158 |
| 806 | Natahsya Spears | Clark | NV | ###-###-5227 |
| 807 | Michael Spencer | Davidson | TN | ###-###-0961 |
| 808 | Edward Spiegelberg | Multnomah | OR | ###-###-7135 |
| 809 | Raymond Spinell | Douglas | OR | ###-###-9395 |
| 810 | Jonathan Spry | Virginia Beach City | VA | ###-###-8206 |
| 811 | Nick Squires | Lane | OR | ###-###-9362 |
| 812 | Lynda Stack | Maricopa | AZ | ###-###-3936 |
| 813 | Micah Stafford | Pulaski | AR | ###-###-9423 |
| 814 | Jeanette Stanley | Multnomah | OR | ###-###-1655 |
| 815 | Nick Stanley | Clallam | WA | ###-###-8490 |
| 816 | Brandon Starkes | Maricopa | AZ | ###-###-7852 |
| 817 | LaShanette Starks | Washington | OR | ###-###-3471 |
| 818 | Nathan Steele | Stutsman | ND | ###-###-2811 |
| 819 | Peter Steffen | Volusia | FL | ###-###-0781 |
| 820 | Dan Stephenson | Deschutes | OR | ###-###-5102 |
| 821 | John Sterling | King | WA | ###-###-7247 |
| 822 | Yaakov Stern | Kings | NY | ###-###-0013 |
| 823 | Justin Stewart | Yakima | WA | ###-###-6912 |
| 824 | Christopher Stipanich | Indian River | FL | ###-###-8607 |
| 825 | Lonnie Stockton | Snohomish | WA | ###-###-2014 |
| 826 | Mike Strodtman | Desoto | MS | ###-###-4229 |
| 827 | Robb Strommen | King | WA | ###-###-9009 |
| 828 | Dan Stubbs | Anne Arundel | MD | ###-###-0232 |
| 829 | Thomas Stumborg | Champaign | IL | ###-###-5601 |
| 830 | Raymond Sullivan | Pinal | AZ | ###-###-3150 |
| 831 | Brian Sullivan | Thurston | WA | ###-###-3053 |
| 832 | Dan Sundstrom | Cache | UT | ###-###-2300 |
| 833 | Chris Sutton | Washington | OR | ###-###-0770 |
| 834 | John Suver | King | WA | ###-###-1129 |
| 835 | Curtis Sveen | Pierce | WA | ###-###-9324 |
| 836 | Shelley Sykes | San Diego | CA | ###-###-3068 |
| 837 | Rodney Syms | Spokane | WA | ###-###-1892 |
| 838 | Igor Sysun | King | WA | ###-###-8122 |
| 839 | John Zachary (Zack) Talmage | Harrison | IN | ###-###-4286 |
| 840 | Ann Taylor | Pima | AZ | ###-###-4733 |
| 841 | Lori Taylor | Alameda | CA | ###-###-5672 |
| 842 | Norman Taylor | Grand | UT | ###-###-9434 |

| 843 | Grant Taylor | King | WA | ###-###-5222 |
| 844 | Chris Taylor | Skagit | WA | ###-###-6712 |
| 845 | Ryan Teini | Missoula | MT | ###-###-3775 |
| 846 | Joshua Tenney | Liberty | TX | ###-###-8347 |
| 847 | Aleksandar Tesanovic | Maricopa | AZ | ###-###-0174 |
| 848 | Todd Thaw | Clark | NV | ###-###-0724 |
| 849 | Bill Thompson | Pima | AZ | ###-###-1248 |
| 850 | Brandon Thompson | Lane | OR | ###-###-8211 |
| 851 | Jack Thompson | Lewis | WA | ###-###-8115 |
| 852 | Konan Thornblade | Spokane | WA | ###-###-7626 |
| 853 | Michael Tietje | COCONINO | AZ | ###-###-2380 |
| 854 | Arturo A. Tinajero Nunez | Yakima | WA | ###-###-2194 |
| 855 | Jacob Tingle | Maricopa | AZ | ###-###-3734 |
| 856 | Oron Tipton | Lane | OR | ###-###-5804 |
| 857 | John Tompkins II | St. Clair | MO | ###-###-2629 |
| 858 | David Torres | Maricopa | AZ | ###-###-4832 |
| 859 | William Torrey | Maricopa | AZ | ###-###-7434 |
| 860 | Mike Towe | Placer | CA | ###-###-0101 |
| 861 | Esteban Trevino | Weber | UT | ###-###-9900 |
| 862 | Yannick Truchi | Ventura | CA | ###-###-3505 |
| 863 | Joann Trussell | King | WA | ###-###-6766 |
| 864 | Travis Trusty | Clark | NV | ###-###-9138 |
| 865 | Ryan Tweed | Lane | OR | ###-###-9445 |
| 866 | Brandon Tyler | Yuma | AZ | ###-###-2146 |
| 867 | Joseph Tyler | Lewis | WA | ###-###-7610 |
| 868 | Jeff Tyree | Douglas | WA | ###-###-8620 |
| 869 | Jaime Vaca | Sonoma | CA | ###-###-7332 |
| 870 | Terrie Vaden | Lincoln | OR | ###-###-1344 |
| 871 | Ron Van Tienderen | Salt Lake | UT | ###-###-8554 |
| 872 | Robert VanderKloot | Hood River | OR | ###-###-4428 |
| 873 | Ivonne Varges | Los Angeles | CA | ###-###-7052 |
| 874 | Gheorghe Vasile | Pima | AZ | ###-###-7505 |
| 875 | Ricky Vaughn | Union | AR | ###-###-9602 |
| 876 | Eric Vawter | Lyon | NV | ###-###-0512 |
| 877 | Sara Vega | Pima | AZ | ###-###-5224 |
| 878 | Juan Vega | Maricopa | AZ | ###-###-0830 |
| 879 | Keyshla Velez | New Haven | CT | ###-###-6417 |
| 880 | Sheldon Virgin | Marion | OR | ###-###-7812 |
| 881 | Amy Vogel | Spokane | WA | ###-###-6092 |
| 882 | Jim Voyles | Lincoln | MT | ###-###-1561 |
| 883 | Nicole Wade | Multnomah | OR | ###-###-0859 |
| 884 | Dean Walden | Marion | IN | ###-###-2314 |
| 885 | Desjawn Waldrop | Clark | WA | ###-###-6062 |
| 886 | Russell Walker | Salt Lake | UT | ###-###-8679 |
| 887 | Jerremy Wallen | Greene | MO | ###-###-1743 |

| | | | | |
|---|---|---|---|---|
| 888 | Taylor Warchot | Maricopa | AZ | ###-###-2788 |
| 889 | Scott Wargo | Maricopa | AZ | ###-###-7424 |
| 890 | Leland Washington | Snohomish | WA | ###-###-2314 |
| 891 | Chere Watson | SAINT MARY | LA | ###-###-5818 |
| 892 | Jim Watson | Grayson | TX | ###-###-5389 |
| 893 | Bruce Watson | Davis | UT | ###-###-9282 |
| 894 | Jonathan Way | Fairfield | CT | ###-###-9900 |
| 895 | Robert Waynick | Dauphin | PA | ###-###-8056 |
| 896 | Wendell Weedon | Maricopa | AZ | ###-###-0323 |
| 897 | Matthew Wegener | Pasco | FL | ###-###-1560 |
| 898 | Brandon Weichers | Josephine | OR | ###-###-1066 |
| 899 | Kevin Weller | Oswego | NY | ###-###-3694 |
| 900 | Jessica Welshiemer | Maricopa | AZ | ###-###-9737 |
| 901 | Tauna Westwood | King | WA | ###-###-5708 |
| 902 | Lilly Wetzel | Denton | TX | ###-###-8331 |
| 903 | Wayne White | Bradley | AR | ###-###-0371 |
| 904 | Ronald White | Lewis and Clark | MT | ###-###-1194 |
| 905 | Benjamin White | Whatcom | WA | ###-###-4314 |
| 906 | Mark Whited | Pima | AZ | ###-###-5985 |
| 907 | Craig Whyde | Marion | FL | ###-###-8516 |
| 908 | Rupa Wickrama | Yavapai | AZ | ###-###-6145 |
| 909 | David Wigren | Yellowstone | MT | ###-###-5854 |
| 910 | Justin Wilks | Deschutes | OR | ###-###-5104 |
| 911 | William Williams | Etowah | AL | ###-###-3004 |
| 912 | Eric Williams | Raleigh | WV | ###-###-4882 |
| 913 | Galen Williams | Utah | UT | ###-###-6246 |
| 914 | Robert Williams | Thurston | WA | ###-###-4267 |
| 915 | Brad Willms | Chelan | WA | ###-###-9503 |
| 916 | Dennis Wilson | Los Angeles | CA | ###-###-0782 |
| 917 | Kenneth Wilson | Stark | OH | ###-###-1554 |
| 918 | John Wilton | Sacramento | CA | ###-###-1511 |
| 919 | Allen Winters | Washington | UT | ###-###-1502 |
| 920 | Nathan Wismer | Deschutes | OR | ###-###-2817 |
| 921 | Milton Witt | Salt Lake | UT | ###-###-4805 |
| 922 | Jeffrey Wolf | Williamson | TX | ###-###-5020 |
| 923 | Ronald Wolfson | Yavapai | AZ | ###-###-1111 |
| 924 | Russell Womer | Grant | WA | ###-###-6448 |
| 925 | Pete Workman | Tioga | NY | ###-###-8097 |
| 926 | Michael Wrenn | Clark | NV | ###-###-2462 |
| 927 | Milton Wright | King | WA | ###-###-7147 |
| 928 | John Wright | King | WA | ###-###-5443 |
| 929 | Justin Wylie | Bexar | TX | ###-###-8250 |
| 930 | Samuel Yador | Riverside | CA | ###-###-8387 |
| 931 | Alexander Yakovlev | Fairfax | VA | ###-###-8873 |
| 932 | Pavel Yashin | Polk | OR | ###-###-9280 |

| | | | | |
|---|---|---|---|---|
| 933 | Amy Yates | Multnomah | OR | ###-###-5386 |
| 934 | Mike Yeates | Box Elder | UT | ###-###-6108 |
| 935 | Elena Yescas | Will | IL | ###-###-9565 |
| 936 | Benjamin Young | Placer | CA | ###-###-0809 |
| 937 | Steve Young | Snohomish | WA | ###-###-1966 |
| 938 | Jamal Yuldashev | Los Angeles | CA | ###-###-8888 |
| 939 | Waylon Zeigler | King | WA | ###-###-4123 |
| 940 | Ammar Ziadah | Cook | IL | ###-###-7043 |
| 941 | Paul Zoino | Barnstable | MA | ###-###-5301 |
| 942 | Eliashib (Eli) Zwonitzer | Deschutes | OR | ###-###-4376 |