**AJG Law Group, PC**
Andrew J. Gramajo, CA Bar No. 338144
25A Crescent Dr. #402
Pleasant Hill, CA 94523
(415) 638-9140
Andrew@Ajglawgroup.us

**The HQ Firm, P.C.**
James S. Wertheim (*pro hac vice* pending)
7533 S. Center View Ct. #4424
West Jordan, UT 84084
385-440-4121
jim@thehqfirm.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bob Dawson et al., | Case No. 3:24-cv-07974-JD |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Porch.com et al., | |
| Defendant. | |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs identified in the attached Exhibit A: List of Dismissing Plaintiffs, give notice that they are voluntarily dismissing their claims against Defendants Brenton Marrelli and Darwin Widjaja.

    Defendants have not served an answer or a motion for summary judgment. Accordingly, Plaintiffs notice the voluntary dismissal of their claims in this action without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

The only remaining Plaintiffs in this action are Bob Dawson, Brandon Finlayson, Jack Rabin, Mark Anderson, David Dunn, and Brian Hammers. These Plaintiffs will continue to pursue their claims against Defendants Brenton Marrelli and Darwin Widjaja.

DATED: January 23, 2025                                         Respectfully Submitted,

                                                                /s/ *Andrew J. Gramajo*
                                                                Andrew J. Gramajo

                                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, a copy of the foregoing was served via CM/ECF to Defendant's counsel of record.

                                                                /s/ *Andrew J. Gramajo*
                                                                Andrew J. Gramajo