# Exhibit A:

# List of Dismissing Plaintiffs

|     | Name |
| --- | --- |
| 2   | David Abel |
| 3   | Brian Abel |
| 4   | Haytham Abukhalil |
| 5   | Omhar Acuna |
| 6   | Gabriel Adame |
| 7   | Terry Adams |
| 8   | Steven Adickes |
| 9   | Sandra Aguilar |
| 10  | Larry Akins |
| 11  | Oscar Alfaro |
| 12  | Gary Alger |
| 13  | Bashkim Alka |
| 14  | Jeffrey Allen |
| 15  | Chelena Allen |
| 16  | Cyril Allen |
| 17  | Robert Allen |
| 18  | Mike Allred |
| 19  | John Almendarez |

| 20 | Gloria H. Alvarez Salazar |
|----|---------------------------|
| 21 | Dave Anderson |
| 22 | Charlie Anderson |
| 23 | Jason Anderson |
| 24 | Scott Anderson |
| 26 | Tommy Anderson |
| 27 | Leo Anderson |
| 28 | Chuck Anderson |
| 29 | Nathanael Andreozzi |
| 30 | Eric Andrews |
| 31 | Ed Andrilenas |
| 32 | Gabriel Anguiano |
| 33 | Lance Annexstad |
| 34 | Steve Antill |
| 35 | Samuel Antonovich |
| 36 | Steve Apodaca |
| 37 | Lloyd Arellano |
| 38 | Amado Arellano |
| 39 | Nick Arfaras |

| 40 | Andrew Armendariz |
|----|-------------------|
| 41 | William Arnold |
| 42 | Alexandros Arvanetes |
| 43 | Paul Atwater |
| 44 | Shelby Axtell |
| 45 | Robert Babcock |
| 46 | Jon Bahnemann |
| 47 | Mike Bahr |
| 48 | Carlton Baker |
| 49 | David Baker |
| 50 | Steven Bakko |
| 51 | John Ballard |
| 52 | Gary Ballingham |
| 53 | Pamela Bang |
| 54 | Gabriel Barboza |
| 55 | Joshua Barkdull |
| 56 | Mary Barker |
| 57 | Russ Barnes |
| 58 | Barbette Barnes |

| 59 | Richard Bartlett |
|----|------------------|
| 60 | Jim Bartlett |
| 61 | Jeffrey Basa |
| 62 | Danny Bashaw |
| 63 | Andre Baskett |
| 64 | Christopher Bass |
| 65 | Joseph Bauschelt |
| 66 | Cesar Bautista |
| 67 | Richard Bayhan |
| 68 | R.B Beal |
| 69 | Maurice Beale |
| 70 | Travis Beard |
| 71 | Gregory Beaty |
| 72 | Alfred Becker |
| 73 | Matthew Beckman |
| 74 | Kevin Beirne |
| 75 | Paul Bennett |
| 76 | Alyssa Bentley |
| 77 | Robert Bergkessel |
| 78 | Chris Beschen |

| 79 | Luke Beyer |
|----|------------|
| 80 | Rick Bigham |
| 81 | Robert Billings |
| 82 | Eric Billman |
| 83 | George Binion |
| 84 | Jesse Bird |
| 85 | Sam Bischof |
| 86 | Narottam Bishop |
| 87 | Dean Blades |
| 88 | Ronald Blakey |
| 89 | Joseph Blay |
| 90 | Ryan Blekkenk |
| 91 | Seth Bockholt |
| 92 | Andrew Boelman |
| 93 | Rory Bond |
| 94 | Marissa Bond |
| 95 | Vadim Bondar |
| 96 | Brian Bondi |
| 97 | Brenda Booth |
| 98 | Christopher Borges |

| 99 | Russ Borne |
|---|---|
| 100 | Donovan Borntrager |
| 101 | Chris Bosman |
| 102 | Christopher Bouthner |
| 103 | Gary Bowlby |
| 104 | James Bowlin |
| 105 | Alex Boychenko |
| 106 | James Boyd |
| 107 | Heather Boyd |
| 108 | Ryan Boyer |
| 109 | Brett Boyer |
| 110 | Mark Bradley |
| 111 | Shawn Braley Sr. |
| 112 | Charlene Branham |
| 113 | Nicole Briggs |
| 114 | Richard Brown |
| 115 | Robert Brown |
| 116 | Mark Brown |
| 117 | Zachary Brown |

| | |
|---|---|
| 118 | Tracy Browning |
| 119 | Dan Brubaker |
| 120 | Sky Bruch |
| 121 | William Bryant |
| 122 | Eli Buchmiller |
| 123 | Jon Buck |
| 124 | Erik Buj |
| 125 | Austin Bundy |
| 126 | Justin Burgo |
| 127 | James Burk |
| 128 | Roger Burt |
| 129 | Cornell Burt |
| 130 | Gerald Busby |
| 131 | Adam Byerley |
| 132 | Michael Byers |
| 133 | William Cain |
| 134 | Jose Calderonmoller |
| 135 | Shane Call |
| 136 | Allen Campbell |
| 137 | Michael Campbell |

| 138 | Luis Campuzano |
|-----|----------------|
| 139 | Amiee Cannon |
| 140 | Jose Cardona |
| 141 | Richard Keith |
|     | (Keith) Carlson |
| 142 | Wade Carlson |
| 143 | Mike Carpenter |
| 144 | Sam Carr |
| 145 | Saul Carrasco |
| 146 | Josh Carrion |
| 147 | Anthony Carty |
| 148 | Alicia Castro |
| 149 | Darrick Caudill |
| 150 | Joel Cerv |
| 151 | Vanessa Cervantes |
| 152 | Nikki (Nick) Chartier |
| 153 | Nathan Chennette |
| 154 | Roman Chernichenko |
| 155 | Ted Christiansen |
| 156 | Mark Christopherson |

| 157 | Stefanie Christopherson |
|-----|-------------------------|
| 158 | Andre Ciais |
| 159 | Cesar Cifuentes |
| 160 | Dino Clark |
| 161 | Pamela Clark |
| 162 | Sean Clarke |
| 163 | Charles Clarke |
| 164 | Russell Clegg |
| 165 | Lloyd Clements |
| 166 | Patrick Coco |
| 167 | Pietro Coco |
| 168 | Chris Cole |
| 169 | Nils Coleman |
| 170 | Don Coleman |
| 171 | Joseph Collins |
| 172 | Jeremy Collins |
| 173 | Paul Collis |
| 174 | Nathan Collord |
| 175 | Michael Compton |
| 176 | Jessica Conde |

| | |
|---|---|
| 177 | Willie Conklin |
| 178 | Andres Contreras |
| 179 | Brent Cook |
| 180 | Christina Cooke-Mayrant |
| 181 | Ron Cooper |
| 182 | Donald Coover |
| 183 | Hoshea Cordowin |
| 184 | William Corette, Jr. |
| 185 | Regina Corley |
| 186 | Cristian Corniciuc |
| 187 | Jose Corral |
| 188 | Andrew Correa |
| 189 | Jason Coulter |
| 190 | Raymond Covington |
| 191 | Brian Cox |
| 192 | Maurice Crabbe |
| 193 | Alan Craig |
| 194 | Jay Cram |
| 195 | Brian Cramer |
| 196 | Kirk Cramer |

| | |
|---|---|
| 197 | Armando Crespin |
| 198 | Jim Crites |
| 199 | Andrew Croan |
| 200 | Travis Crone |
| 201 | Ronald Crosby |
| 202 | Samuel Cruz |
| 203 | Tammy Cunningham |
| 204 | Joe Darg |
| 205 | Mike Darling |
| 206 | John Daschofsky |
| 207 | Travis David |
| 208 | Benjamin Davies |
| 209 | Clint Davis |
| 210 | Jeffrey Davis |
| 211 | Linda Dazey |
| 212 | Jesse Debartolo |
| 213 | Frank Deese |
| 214 | Barbara Deggans |
| 215 | Jose DeLaMora |

| 216 | Christopher DeSantis |
|-----|----------------------|
| 217 | John Desider |
| 218 | Anthony Desmoni |
| 219 | Steven Dick |
| 220 | Byron Dickerson |
| 221 | Bryan Diehl |
| 222 | Paul DiGiovanni |
| 223 | Nicholas DiGiuseppe |
| 224 | Lonnie Dillman |
| 225 | David Dilmore |
| 226 | Keegan Dinehart |
| 227 | Dustin Diteman |
| 228 | Andy Ditz |
| 229 | Kristopher Dixon |
| 230 | Reed Dkaidek |
| 231 | Raymond Dodge Jr |
| 232 | Greg Dodgson |
| 233 | Michael Doherty |
| 234 | Michael Doran |

| 235 | David Dorsette |
|-----|----------------|
| 236 | Gregory Douglas |
| 237 | Eric Dowells |
| 238 | Michael Doyle |
| 239 | Valerie Drake |
| 240 | Russell Dregne |
| 241 | David Drennen |
| 242 | Leonel Duarte |
| 243 | Roni Duncan-Brown |
| 244 | Rachael Dunn |
| 246 | Chad Dunn |
| 247 | Kelly Dunnagan |
| 248 | Dennis Dupuis |
| 249 | Jamus Duran |
| 250 | Izai Torralba Duran |
| 251 | Daniel Durante |
| 252 | Cortney Durbin |
| 253 | Elizabeth Durgin |
| 254 | Wade Dwiggins |

| 255 | Derek Edenshaw |
|-----|----------------|
| 256 | Carey Edler |
| 257 | Jason Ellery |
| 258 | Roger Elsmore |
| 259 | Eric Emery |
| 260 | William Emig |
| 261 | Joseph Endejan |
| 262 | Matt Enos |
| 263 | John Erickson |
| 264 | Matthew Erickson |
| 265 | Kurt Eshelman |
| 266 | Alan Eskelsen |
| 267 | Roger Espinosa |
| 268 | Joseph Esposito |
| 269 | Stacy Estes |
| 270 | Manuel Estrella |
| 271 | Briana Ethington |
| 272 | Frederick Eubanks |
| 273 | Jim Evangelista |
| 274 | James Evans |

| 275 | Stephanie Evans |
| --- | --- |
| 276 | Charles Exum |
| 277 | Denaro Fair |
| 278 | William Fargo |
| 279 | Troy Farley |
| 280 | Richard Farnsworth |
| 281 | Eddy Farris |
| 282 | Billy Ferguson |
| 284 | Kaileb Finley |
| 285 | James Finnell |
| 286 | KJ Finsand |
| 287 | Robert Fischer |
| 288 | Sharlyne Fisher |
| 289 | Michael Fjeldheim |
| 290 | Vern Flanery |
| 291 | Angela Fletcher |
| 292 | David Flowers |
| 293 | David Fluckinger |
| 294 | Henry Fluger |

| 295 | Jeremy Fogle |
|-----|--------------|
| 296 | Eugene Foister |
| 297 | Brian Fontaine |
| 298 | Robert Ford |
| 299 | Jonathon Forsythe |
| 300 | Michael Fort |
| 301 | Coley Foster |
| 302 | Jeremy Foster |
| 303 | Vaughn Foulger |
| 304 | Adam Francis |
| 305 | Salvador Franco |
| 306 | Larry Freeman |
| 307 | Randy Freemole |
| 308 | Ray French |
| 309 | Joe Frieden |
| 310 | David Frost |
| 311 | Ron Fuentes |
| 312 | Michael Fulmer |
| 313 | Tyler FuQua |
| 314 | Chris Gabin |

| 315 | Michael Gallant |
| 316 | John Gangini |
| 317 | Leonard Garcia |
| 318 | David Garcia |
| 319 | Jimmy Gardner |
| 320 | Kerry Garfinkle |
| 321 | Holly Garner |
| 322 | Cody Garrett |
| 323 | Brandt Garrison |
| 324 | Grant Gary |
| 325 | Ronald Garzina |
| 326 | Cy Gau |
| 327 | Roger Gauthier |
| 328 | Timothy Gavin |
| 329 | Benjamin George |
| 330 | Heath Getchell |
| 331 | Matt Gibbons |
| 332 | Cory Giffey |
| 333 | Ronald Gilbert |
| 334 | Matt Gilbert |
| 335 | Tom Gill |

| 336 | Justin Glasglow |
| --- | --- |
| 337 | David James (DJ) Glass |
| 338 | Scott Glubay |
| 339 | Brian Gobat |
| 340 | William Gomez |
| 341 | Luis Gomez |
| 342 | Pedro Gomez |
| 343 | Thomas Gonzales |
| 344 | William Gooch |
| 345 | Matt Goodenough |
| 346 | Robert Goold |
| 347 | Tameka Gordon |
| 348 | John Gorham |
| 349 | Mark Gotti |
| 350 | Wes Goumaz |
| 351 | Tammy Gouveia |
| 352 | Ronald Graff |
| 353 | Chris Grasso |
| 354 | John Gray |

| 355 | Michael Green |
|-----|---------------|
| 356 | Tamyko Green |
| 357 | Morgan Griffin |
| 358 | Vitaliy Grishko |
| 359 | Travis Grob |
| 360 | Jo Groue |
| 361 | Kris Grover |
| 362 | David Gruce |
| 363 | Jewel Gurule |
| 364 | Sean Gustin |
| 365 | Charles Gutaukus |
| 366 | Jody Gutierrez |
| 367 | Juan Gutierrez |
| 368 | Todd Haberkorn |
| 369 | Jonathan Haddeman |
| 370 | Scott Hall |
| 371 | John Hamilton |
| 372 | Keir Hamlin |
| 374 | Ryan Hansen |
| 375 | J. Andy Hardwick |
| 376 | Michael Hargett |

| | |
|---|---|
| 377 | Scott Harman |
| 378 | Demetrious Harmon |
| 379 | Scott Harris |
| 380 | Michael Harris |
| 381 | Morgan Harris |
| 382 | Andrea Harris |
| 383 | Quinn Harrison |
| 384 | John Hart |
| 385 | Danny Hart |
| 386 | Ivan Hartavel |
| 387 | Stryder Hartley |
| 388 | Joseph Hartsough |
| 389 | Andrea Hatch |
| 390 | Craig Hawker |
| 391 | Wesley Hawkins |
| 392 | Eva Haynes |
| 393 | Sherene Hazah |
| 394 | Andrew Hazelwood |
| 395 | Robert Healy |
| 396 | Patrick Hearn |

| | |
|---|---|
| 397 | Deborah Helfrich |
| 398 | Thomas Hemp |
| 399 | Matthew Henry |
| 400 | Nathan Henton |
| 401 | Dennis Hepler |
| 402 | Dario Hernandez |
| 403 | Danny Higgins |
| 404 | Michael Higgins |
| 405 | Adrian Hilde |
| 406 | Joshua Hill |
| 407 | Travis Hill |
| 408 | Jabari Hillyer |
| 409 | LeRoy Hippe |
| 410 | William Hoar |
| 411 | Loren Hobbs |
| 412 | Dylan Hockett |
| 413 | Teddy Hodges |
| 414 | Tony Hoffmann |
| 415 | Nicholas Holbrook |
| 416 | Nathaniel Hood |

| 417 | Antonio Hope |
|-----|--------------|
| 418 | Jamie Hope |
| 419 | Daniel Hopkins |
| 420 | Brian Hopple |
| 421 | Brian Horner |
| 422 | Ben Hortman |
| 423 | Jeff Howard |
| 424 | Randy Howard |
| 425 | Anthony Howe Jr |
| 426 | Sean Hoy |
| 427 | Michael Hoyden |
| 428 | Clint Hughes |
| 429 | Alan Hunt |
| 430 | Cory Huntsman |
| 431 | Richard Huskey |
| 432 | Brendan Hutchins |
| 433 | Socrates Incarnato |
| 434 | Christopher Inman |
| 435 | David Ishmael |
| 436 | Chris Ivins |
| 437 | Mark Jacobs |

| 438 | Scott Jasmer |
|-----|--------------|
| 439 | Demetrius Jefferson |
| 440 | Randy Jenkins |
| 441 | Derek Jenkins |
| 442 | Mark Jennings |
| 443 | Ray Johnisee |
| 444 | Christopher Johnson |
| 445 | Stacie Johnson |
| 446 | Joshua Johnson |
| 447 | Keith Johnson |
| 448 | Daniel Johnson |
| 449 | Sandi Johnson |
| 450 | Kristina Johnson |
| 451 | Shane Johnston |
| 452 | Kevin Jones |
| 453 | Trevor Jones |
| 454 | Jeremiah Jones |
| 455 | Nicholas Jones |
| 456 | Dan Jones |
| 457 | Robert Jones |

| 458 | Joseph Jones |
|-----|-----|
| 459 | Joyce Joneschiet |
| 460 | Russell Jorgenson |
| 461 | Gary Joyner |
| 462 | Ted Judge |
| 463 | Rick Kader |
| 464 | Maria Kahookele |
| 465 | Jodi Kaili |
| 466 | Blake Kapp |
| 467 | Nicholas Kardaras |
| 468 | Saul Kash |
| 469 | Tom Keffer |
| 470 | Justin Kelberlau |
| 471 | Dennis Kellerman |
| 472 | Mike Kelly |
| 473 | Tim Kelly |
| 474 | DeWayne Kelly |
| 475 | Michele Kelly |
| 476 | Roger Kennedy |
| 477 | David Kennedy |
| 478 | William Kennedy |

| | |
|---|---|
| 479 | Kaleb Kensmoe |
| 480 | Jacob Kerlin |
| 481 | Thomas Kernan |
| 482 | Wes Keysor |
| 483 | Julia Kharitonenko |
| 484 | Geoff Kidder |
| 485 | Steve Kincaid |
| 486 | Dennis Kisilev |
| 487 | Kevin Kittler |
| 488 | Michael Knauff |
| 489 | Vivian Knezevich |
| 490 | Heidi Knutson |
| 491 | Brandon Koch |
| 492 | Joe Kokoruda |
| 493 | Blaine Konow |
| 494 | Jason Kotar |
| 495 | Tim Kovalsky |
| 496 | Jean Kropp |
| 497 | Caleb Kruger |

| 498 | Daniel Kryger |
| 499 | Melissa Kuchman |
| 500 | Matthew Kuehn |
| 501 | Michael Kurz |
| 502 | Thomas Kyte |
| 503 | Irma Lainez |
| 504 | Steve Lambert |
| 505 | Jeffrey Lambert |
| 506 | Elam Lamdan |
| 507 | Randy Landman |
| 508 | Lance Lane |
| 509 | Christopher Lang |
| 510 | Donavon Largent |
| 511 | Eli Larreau |
| 512 | Torben Larsen |
| 513 | Jeremie Larsen |
| 514 | Michael Larson |
| 515 | Swede Larson |
| 516 | James Latronica |
| 517 | Edward LaValley |

| 518 | Josh Lawlor |
|-----|-------------|
| 519 | Ed Lawlor |
| 520 | Allisyn Layton |
| 521 | Luu Le |
| 522 | Carlos Ledesma |
| 523 | Watson Lee |
| 524 | Samantha Lee |
| 525 | Nick Lee |
| 526 | Justin Lee |
| 527 | Jeffrey Lee |
| 528 | Andre Lee |
| 529 | Matt LeFevre |
| 530 | James Lehman |
| 531 | Scott Leishman |
| 532 | Eric Leverenz |
| 533 | Yosi Levi |
| 534 | Gregory Lewandowski |
| 535 | Joseph Lewis |
| 536 | Tom Lewis |
| 537 | Max Lewis |
| 538 | Kris Lichtenberg |
| 539 | Brandon Light |

| 540 | James Lillis |
|-----|--------------|
| 541 | Adam Lindley |
| 542 | Victor Livoti |
| 543 | Kelan Loch |
| 544 | Jazmin Locke |
| 545 | Steve Locke |
| 546 | Peter Loda |
| 547 | James Logan |
| 548 | Jodie Loman |
| 549 | Paul Longo |
| 550 | Juan Lopez |
| 551 | Darren Loux |
| 552 | Douglas Love |
| 553 | Richard Lowes |
| 554 | Ryan Loyd |
| 555 | Jonah Lucht |
| 556 | Daniel Luckman |
| 557 | Adam Ludwig |
| 558 | John Lundwall |
| 559 | Mike Lynch |

| 560 | Christian Lyness |
|-----|------------------|
| 561 | Donavon J. Lyness |
| 562 | Tara Lynn Snow |
| 563 | Nichole Lynott |
| 564 | Vlad Lysov |
| 565 | Edward (Eddie) Maciel |
| 566 | Grani MacKay |
| 567 | John Macy |
| 568 | Rafael Maga |
| 569 | Stevan Major |
| 570 | Mark Malkowski |
| 571 | David Mallon |
| 572 | Fernando Mancilla |
| 573 | James Mandichak |
| 574 | Les Mann |
| 575 | Josh Manwaring |
| 576 | Nathan Marchese |
| 577 | Chanse Mariotti |
| 578 | Bailey Marshall |

| 579 | Darrell Martin |
|-----|----------------|
| 580 | Amanda Martinez |
| 581 | Michael Marton |
| 582 | Lenny Mason |
| 583 | Lisa Massey |
| 584 | Jeric Massey |
| 585 | Paul Mata |
| 586 | Robert Mathewson |
| 587 | Amir Mathiasen |
| 588 | Carritha Matthews |
| 589 | Jackie Maxey |
| 590 | Marlin Mayes Jr. |
| 591 | Brady Mayson |
| 592 | Matt Mcauslan |
| 593 | Robert McCarthy |
| 594 | Larry McClure |
| 595 | Jonathan McCormick |
| 596 | Mark McCreary |
| 597 | Lillian McDonald |
| 598 | Leona McFalls Zeqiri |

| 599 | Chris Mcgonagle |
| 600 | Krystal McKinnie |
| 601 | Joseph McPherson |
| 602 | Kenneth McPherson |
| 603 | Wess Meader |
| 604 | Nick Means |
| 605 | Ruben Medina |
| 606 | Justin Meier |
| 607 | DJ Melodia Sr |
| 608 | Timothy Melvin |
| 609 | James Mendez |
| 610 | David Mendola |
| 611 | Scott Meola |
| 612 | Liz Meraz |
| 613 | Brian Mersereau |
| 614 | April Michael |
| 615 | Chris Michael |
| 616 | Cristian Millan |

| 617 | Mark Miller |
|-----|-------------|
| 618 | Nick Miller |
| 619 | Jay Miller |
| 620 | Matthew Miller |
| 621 | Hoyt Milliner |
| 622 | Ryan Milly |
| 623 | Rosemary Minjarez |
| 624 | Michelle Minton |
| 625 | Alfonso Miranda |
| 626 | Gabriel Miranda |
| 627 | John Mitchell |
| 628 | Harry Mitchell |
| 629 | Mohamed Mohamed |
| 630 | Joshua Montgomery |
| 631 | Craig Montgomery |
| 632 | Israel Montijo |
| 633 | Michael Monzo |
| 634 | Kerry Moody |
| 635 | Michael Moon |

| 636 | Peter Moore |
|-----|-------------|
| 637 | Gary Moore |
| 638 | Peter Moore |
| 639 | Kellen Moore |
| 640 | Todd Morgan |
| 641 | Michael Moronez |
| 642 | Kelly Morrison |
| 643 | David Morse |
| 644 | Shawn Moshos |
| 645 | James Mott |
| 646 | Michael Moul |
| 647 | Damian Mount |
| 648 | Josiah Elias (Joe) Moya |
| 649 | Matt Moyer |
| 650 | Alex Murdock |
| 651 | Susan Murphy |
| 652 | Rebecca Murphy |
| 653 | Jon Mutka |
| 654 | Shawn Nagano |
| 655 | Matthew Nagy |

| 656 | Daniel Neaga |
|-----|--------------|
| 657 | Keith Nelson |
| 658 | Ken Nelson |
| 659 | Dan Nelson |
| 660 | Vesselin Nenchev |
| 661 | Stephany Nguyen |
| 662 | Dean Nguyen |
| 663 | Ina Nicole |
| 664 | Samuel Nieblas |
| 665 | Brent Nielson |
| 666 | Vincent Noffleo |
| 667 | Christina Noftsker |
| 668 | Henry Nott |
| 669 | Jose Nunez |
| 670 | Gabriel Nunez |
| 671 | James Oakes |
| 672 | Cody O'Donnell |
| 673 | Rodney Ohlinger |
| 674 | Christopher O'Leary |
| 675 | Michael Olson |

| 676 | Darren Orange |
|-----|---------------|
| 677 | Dean Orem |
| 678 | Shann Ormsbee |
| 679 | Federico Ornelas |
| 680 | Evan Ortiz |
| 681 | Randall Overbey |
| 682 | Phillips Owens |
| 683 | Erik Paavola |
| 684 | Brandon Pack |
| 685 | Benjamin Painter |
| 686 | David Palanker |
| 687 | Larry Palmer |
| 688 | Shawn Palmer |
| 689 | Joe Panettieri |
| 690 | Felix Pantoja |
| 691 | Lester Parillon |
| 692 | Steven Parker |
| 693 | Devin Parker |
| 694 | David Parnham |
| 695 | Larry Patenaude |

| 696 | Tom Patterson |
|-----|---------------|
| 697 | Jacob Payne |
| 698 | James Payne |
| 699 | Adam Pearson |
| 700 | Gale Pelan |
| 701 | Robert Pelcher |
| 702 | Lee Pennington |
| 703 | Arnulfo Perez |
| 704 | Carlos Perez |
| 705 | David Perez |
| 706 | Ammon Petersen |
| 707 | Shane Petersen |
| 708 | George Peterson |
| 709 | Darryl Peterson |
| 710 | John Petree |
| 711 | Maria Petromanolakis |
| 712 | Lance Phelps |
| 713 | Michael Philpot |
| 714 | Daniel Phinney |
| 715 | Matthew Pirone |

| 716 | Jim Pitzer |
|-----|------------|
| 717 | Richard Poe |
| 718 | Doug Politi |
| 719 | Barry Pollock |
| 720 | Nathan Pool |
| 721 | Kelly Pope |
| 722 | Crystal Porter |
| 723 | David Povelite |
| 724 | Shiloh Powers |
| 725 | Chrisopher Oetzel |
| 726 | Daniel Priedigkeit |
| 727 | Sean Priest |
| 728 | Jeremie Prock |
| 729 | Eric Proctor |
| 730 | Shane Prouty |
| 731 | D S Purdum |
| 732 | Lance Purser |
| 733 | Humberto Quevedo |
| 735 | Michael Ramcharan |

| 736 | Nancy Ramirez |
|-----|---------------|
| 737 | Camie Ramirez |
| 738 | Richard Randall |
| 739 | Richard Rands |
| 740 | Charles Rankin |
| 741 | Jason Rapp |
| 742 | Gary Ray |
| 743 | Michael Redden |
| 744 | Kelli Reece |
| 745 | Emily Refi |
| 746 | Paula Reger |
| 747 | Tim Reid |
| 748 | Brian Reiswig |
| 749 | Alan Reynolds |
| 750 | Keith Reynolds |
| 751 | TJ Rhodes III |
| 752 | Jon Ribble |
| 753 | Aaron Ribble |
| 754 | Jason Rice |
| 755 | Keith Richards |
| 756 | Calvin Richards |

| 757 | Stephen Richardson |
|-----|--------------------|
| 758 | Crystal Richie |
| 759 | Phillip Ricks |
| 760 | James Riggs |
| 761 | Anthony Rivera |
| 762 | Kyle Robb |
| 763 | Shawn Robbins |
| 764 | Owen Roberts |
| 765 | Charles Robinson |
| 766 | Raysho Robinson |
| 767 | Scott Robinson |
| 768 | Reese Robinson |
| 769 | Tom Roche |
| 770 | Kyle Rodenhauser |
| 771 | Lilach Rodgers |
| 772 | Mark Anthony Rodriguez |
| 773 | Cesar Rodriguez |
| 774 | Joseph Rodriguez-Amaya |
| 775 | Ronald Rohinsky |

| 776 | Goretty Romero |
|-----|----------------|
| 777 | Les Romfo |
| 778 | Robert Ronquillo |
| 779 | DeAnna Rose-Lydon |
| 780 | Drew Rosenberg |
| 781 | Tyler Roth |
| 782 | John Rowe |
| 783 | Jake Rozsa |
| 784 | Artem Rudyy |
| 785 | Anthony Scott Rue |
| 786 | Andrew Rusinchak |
| 787 | Paul Ryals |
| 788 | Michael Ryan |
| 789 | Richard David (Rich) Rzasa |
| 790 | Brad Rzechua |
| 791 | Edward Salan |
| 792 | Adam Salas |
| 793 | Noelle Salinas |
| 794 | Elizabeth Sanchez |
| 795 | William Sanders |

| 796 | Brian Sangster |
| 797 | Jerry Sarich |
| 798 | Chad Sauer |
| 799 | James Savage |
| 800 | Alex Sawicki |
| 801 | Ron Schaefer |
| 802 | Nicholas Schaffer |
| 803 | Jeffrey Schick |
| 804 | Todd Schild |
| 805 | James Schneck |
| 806 | Cody Schneider |
| 807 | Steven Schubach |
| 808 | John Schulte |
| 809 | Kyle Schultz |
| 810 | John Sciarra |
| 811 | Savannah Scroggs |
| 812 | Jesse Seale |
| 813 | Jonathan Sealy |
| 814 | Elizabeth Sears |
| 815 | Kirk Secrist |

| 816 | James Seltenreich |
| 817 | Andrei Serebryakov |
| 818 | David Servatius |
| 819 | Marcel Seyss |
| 820 | Stephen Andrew Shadwick |
| 821 | Michael Shanaberger |
| 822 | Nathaniel Shannon |
| 823 | Owen Shaw |
| 824 | Scot Shaw |
| 825 | Richard Shay |
| 826 | Chris Sheehan |
| 827 | Lyle Douglas Sheneman |
| 828 | Dennis Shepherd |
| 829 | Svetlana Shewaye |
| 830 | Charles Shields |
| 831 | Timothy Shiner |
| 832 | Christy Sholes |
| 833 | Shawn Shore |
| 834 | Debbie Shulda |

| 835 | Christopher Siegel |
|-----|--------------------|
| 836 | Valentin Siller |
| 837 | George Simmons |
| 838 | Joshua Simonson |
| 839 | Max Sisson |
| 840 | Ben Skelton |
| 841 | Daniel Skinner |
| 842 | Shane Skyler |
| 843 | Julie Skymba |
| 844 | Claude Slate |
| 845 | Phil Slezak |
| 846 | Michelle Slocum |
| 847 | David Smalt |
| 848 | Corey Smiley |
| 849 | Jeremy Smith |
| 850 | Michael Smith |
| 851 | Billy Smith |
| 852 | Josh Sneed |
| 853 | Allen Soule |
| 854 | Natahsya Spears |

| 855 | Michael Spencer |
|-----|-----------------|
| 856 | Edward Spiegelberg |
| 857 | Raymond Spinell |
| 858 | Jonathan Spry |
| 859 | Nick Squires |
| 860 | Lynda Stack |
| 861 | Micah Stafford |
| 862 | Jeanette Stanley |
| 863 | Nick Stanley |
| 864 | Brandon Starkes |
| 865 | LaShanette Starks |
| 866 | Nathan Steele |
| 867 | Peter Steffen |
| 868 | Dan Stephenson |
| 869 | John Sterling |
| 870 | Yaakov Stern |
| 871 | Justin Stewart |
| 872 | Christopher Stipanich |
| 873 | Lonnie Stockton |

| 874 | Levi Stoddard |
|-----|---------------|
| 875 | Mike Strodtman |
| 876 | Robb Strommen |
| 877 | Dan Stubbs |
| 878 | Thomas Stumborg |
| 879 | Raymond Sullivan |
| 880 | Brian Sullivan |
| 881 | Dan Sundstrom |
| 882 | Chris Sutton |
| 883 | John Suver |
| 884 | Curtis Sveen |
| 885 | Shelley Sykes |
| 886 | Rodney Syms |
| 887 | Igor Sysun |
| 888 | John Zachary (Zack) Talmage |
| 889 | Ann Taylor |
| 890 | Lori Taylor |
| 891 | Norman Taylor |
| 892 | Grant Taylor |
| 893 | Chris Taylor |

| 894 | Ryan Teini |
|-----|------------|
| 895 | Joshua Tenney |
| 896 | Aleksandar Tesanovic |
| 897 | Todd Thaw |
| 898 | Bill Thompson |
| 899 | Brandon Thompson |
| 900 | Jack Thompson |
| 901 | Konan Thornblade |
| 902 | Michael Tietje |
| 903 | Arturo A. Tinajero Nunez |
| 904 | Jacob Tingle |
| 905 | Oron Tipton |
| 906 | John Tompkins II |
| 907 | David Torres |
| 908 | William Torrey |
| 909 | Mike Towe |
| 910 | Esteban Trevino |
| 911 | Yannick Truchi |
| 912 | Joann Trussell |

| 913 | Travis Trusty |
| --- | --- |
| 914 | Ryan Tweed |
| 915 | Brandon Tyler |
| 916 | Joseph Tyler |
| 917 | Jeff Tyree |
| 918 | Jaime Vaca |
| 919 | Terrie Vaden |
| 920 | Ron Van Tienderen |
| 921 | Robert VanderKloot |
| 922 | Ivonne Varges |
| 923 | Gheorghe Vasile |
| 924 | Ricky Vaughn |
| 925 | Eric Vawter |
| 926 | Sara Vega |
| 927 | Juan Vega |
| 928 | Keyshla Velez |
| 929 | Sheldon Virgin |
| 930 | Amy Vogel |
| 931 | Jeremy Vogel |
| 932 | Jim Voyles |
| 933 | Nicole Wade |

| 934 | Dean Walden |
|-----|-------------|
| 935 | Desjawn Waldrop |
| 936 | Russell Walker |
| 937 | Jerremy Wallen |
| 938 | Taylor Warchot |
| 939 | Scott Wargo |
| 940 | Leland Washington |
| 941 | Chere Watson |
| 942 | Jim Watson |
| 943 | Bruce Watson |
| 944 | Jonathan Way |
| 945 | Robert Waynick |
| 946 | Wendell Weedon |
| 947 | Matthew Wegener |
| 948 | Brandon Weichers |
| 949 | Kevin Weller |
| 950 | Jessica Welshiemer |
| 951 | Tauna Westwood |
| 952 | Lilly Wetzel |

| 953 | Wayne White |
|-----|-------------|
| 954 | Ronald White |
|  |  |
| 955 | Benjamin White |
| 956 | Mark Whited |
| 957 | Craig Whyde |
| 958 | Rupa Wickrama |
| 959 | David Wigren |
| 960 | Justin Wilks |
| 961 | William Williams |
| 962 | Eric Williams |
| 963 | Galen Williams |
| 964 | Robert Williams |
| 965 | Brad Willms |
| 966 | Dennis Wilson |
| 967 | Kenneth Wilson |
| 968 | John Wilton |
| 969 | Allen Winters |
| 970 | Nathan Wismer |
| 971 | Milton Witt |

| 972 | Jeffrey Wolf |
|-----|-----------------|
| 973 | Ronald Wolfson |
| 974 | Russell Womer |
| 975 | Nicole Wood |
| 976 | Pete Workman |
| 977 | Michael Wrenn |
| 978 | Milton Wright |
| 979 | John Wright |
| 980 | Justin Wylie |
| 981 | Samuel Yador |
| 982 | Alexander Yakovlev |
| 983 | Pavel Yashin |
| 984 | Amy Yates |
| 985 | Mike Yeates |
| 986 | Elena Yescas |
| 987 | Benjamin Young |
| 988 | Steve Young |
| 989 | Jamal Yuldashev |
| 990 | Waylon Zeigler |
| 991 | Ammar Ziadah |

| 992 | Paul Zoino |
| 993 | Eliashib (Eli) Zwonitzner |