MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Bar No. 226388)
E-Mail: CReilly@manatt.com
ALEXANDRA N. KRASOVEC (CA Bar. No. 279578)
E-Mail: AKrasovec@manatt.com
PATRICE S. RUANE (Bar No. 347128)
E-Mail: PRuane@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB DAWSON et al., | Case No. 24-cv-07974-JD |
| Plaintiffs, | **DEFENDANTS' L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| PORCH.COM INC. et al., | Judge:      Hon. James Donato |
| Defendants. | |

DEFENDANTS' CERTIFICATION OF CONFLICTS
AND INTERESTED ENTITIES OR PARTIES
24-CV-07974-JD

Under Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Brenton Marrelli;

2. Defendant Darwin Widjaja;

3. Porch.com Inc.;

4. GoSmith Inc.;

5. Matthew Ehrlichman;

6. Manatt, Phelps & Phillips, LLP, counsel for Defendants;

7. Plaintiff Bob Dawson;

8. Plaintiff Mark Anderson;

9. Plaintiff David Dunn;

10. Plaintiff Brandon Finlayson;

11. Plaintiff Brian Hammers;

12. Plaintiff Jack Rabin;

13. The HQ Firm, P.C., counsel for Plaintiffs; and

14. ALG Law Group, PC, counsel for Plaintiffs.

Dated: January 31, 2025                    MANATT, PHELPS & PHILLIPS, LLP


By:/s/ *Patrice S. Ruane*
   Christine M. Reilly
   Alexandra N. Krasovec
   Patrice S. Ruane
   Attorneys for Defendants

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES, CA.

-2-

DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES
24-CV-07974-JD